EXHIBIT
B

**REQUEST FOR COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT WITH MEDICAL ATTACHMENTS OF HIS WIFE CONDITION OF INCAPACITATION**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Mr. Stephen Risen     **Warden** | DATE: 04/15/2019 |
|---|---|
| FROM: Jose Naranjo | REGISTER NO.: 21431-053 |
| WORK ASSIGNMENT: Rec. Orderly | UNIT: k2-114L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

 In accordance, to new criteria of subsection 4(c) other Elderly inmates for which I quali-

fy due to my age, and being that I have served at least 10 years of my sentence(s), I have

been in constant incarceration serving 40 years, in accordance to 18 U.S.C. §3582(c)(1)(A)

(ii), states in part:"the defendant is at least 30 years in prison, pursuant to sentence

imposed under section3559(c), the offense or [offenses] for which defendant is currently

imprisoned...." I have been currently incarcerated since 1979 (i.e. Case(s)6:78-00046-01;

79-CR-257(S-1); 82-204-01; CR-83-16-07-G; and, 93-CR-000418-04(TFH))],] which clearly quali-

fies me for compassionate release. It cannot be said that Mr. Naranjo was released from

incarceration and then a superceding indictment brought him back do to more time. I clearly

have been in constant incarceration serving sentence(s) imposed under §3559(c) for his offen-

ses, which is the basis for the compassionate release at this time and to say otherwise is

to ignore the facts set forth above and the law. For which Jose Naranjo, respectfully re-

(continue on attached page)    (Do not write below this line)

DISPOSITION:



| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94


Printed on Recycled Paper

CONTINUATION:

quests to be considered for Compassionate Release Program, 18 U.S.C. §§3582(c)(1)(A) and 4205(g). Under 18 U.S.C. §3582(c)(1)(A), a sentencing Court, on motion of the Director of (BOP), may reduce the term of imprisonment of an inmate's sentence under the comprehensive crime control act of 1984. I believe that there exists extraordinary reasons as to why I should be considered for release under the above program as well, and thus should be allowed relief based on the reason(s) set forth herein:

**FIRST STEP ACT**

(1) I am **74** years old, with no history of violence associated with my crime;

(2) I was sentenced to life term, (not death), for my role in a conspiracy to possess with intent to distribute cocaine, 21 U.S.C. §841(a)(1), 846;

(3) I have been continuosly incarcerated since 1979 on different federal sentences and never released;

(4) Due to Circuit and Supreme Court precedent he was unable to obtain a review under Booker, Apprendi, Alleyne and post Alleyne decision(s) that bars him as well because those decision(s) were not made retroactive for collateral review and were not available to me during my 2255 review;

(5) I have not benefited from any of the changes to the cocaine law, and the new cocaine guidelines under Amendment 782 that have been recently implemented;

(6) I was sentenced for a drug (cocaine powder), of which public perception has changed , which forced Congress to change the guidelines base level under Amendment 782 that changes drug sentencing table §2D1.1 for all drugs, and Eric Holder's memorandum to U.S. attorneys across the country not to seek enhancements or life sentences to people charged with drugs, and the fact that Alleyne held, that "the Sixth Amendment right to jury trial requires that any fact which could increase a mandatory sentence are 'element(s) of a distinct and aggravated crime' that must be found by a jury beyond a reasonable doubt." In other words, any enhancement such as drug quantity under 841 & 846, should be charged in the indictment and proved beyond a reasonable doubt. Had I been through jury today I would not have received such a sentence because my indictment did not specify any amount that was used during sentencing to qualify me a life sentence. The law is clear that for undetermined amount of cocaine (not charged in the indictment, not stipulated by the jury), there is no mandatory minimum permited or term of imprisonment, and the maximum term is 20 years. §841(b)(1)(c);

(7) My wife Gloria Naranjo is incapacitated due to a spinal cord operation in Colombia South America and cannot leave her bed and is in need of my assistance to care for her all medical documents have been mailed directly to Mr. Crafton from South America.

- 2 -

CONTINUATION:

(see attached medical documentation).

In accordance to notice posted on December 22, 2015, on trullics for all inmates to view on Bulletin application clearly states that under the revised policy (P.S.5050.49) that provides specific criteria for non-medical RIS requests, which includes the following criteria: (The First Step Act)

° 65 years or older

° request based on non-medical circumstances in which there has been the death, or incapacitation of the family member caregiver of an inmate's child

° requst based on non-medical circumstances in which the spouse or registered partner of an inmate has been incapacitated.

PROPOSED RELEASE PLAN

I have a well documented family that are well and lives in my native country Colombia. They are unable to care for my wife 24/7 as she is supposed to be taken care of and is the reason I need to be by her side. In actuallity my wife only got myself to be at her side my two children are grown and live away from home and have their own lives to live, work, etc., and cannot dedicate their time 24/7 in the care of their parents. I will be living with my wife Gloria Naranjo at her residence located at, calle 47D #68A19, Edificio kukalon Apt.#202, Medellin, Colombia. My wife is retired and have received an inheritance from her deceased parents and family which will enable for our susternance in our home Country. I also, have support (financially, moral, and emotionally) from all my siblins and from my biological son and daughter who have a job and own their own business. Also, when I return I will collect an inheritance from my deceased mother, which again will allow me to support myself and my wife.

CONCLUSION

I believe that these factors coupled with my age and fact that I will be deported to my native country Colombia, South America should warrant a reduction in sentence and I pray that the Warden at FCC Coleman USP#II, Florida and the Director of BOP will grant such relief in order that I may be with my wife that needs me now more than ever.

---

1]. Under 18 U.S.C. § 3584(c) "treatment of multiple sentence as an aggragate": Multiple terms of imprisonment ordered to run consecutively or concurrently shall be treated for administrative purposes as a single, aggragate term of imprisonment," which means that Mr. Naranjo's sentence should be treated as one single sentence for purposes of calculating First step act qualification.

ATTACHMENT

MEDICAL INFORMATION REGARDING OPERATION OF GLORIA NARANJO





**Jorge Augusto**
Uélez Patiño

Universidad de Antioquia
S.C.M. Sao Paulo - Brasil
Registro Médico: 1314-84

Medico Ortopedista | Cirujano de Columna | Osteoporosis | Densitometría

---

**Fecha de elaboración:** 02/12/2015   **Ciudad:** Medellin
**Identificación:** 32485676   **Causa Externa:** Enfermedad general
**Paciente:** GLORIA MARIA ORTIZ VILLEGAS
**Diagnóstico:** M511 I Trastorno De Disco Lumbar Y Otros, Con Radiculopatia
**Entidad:** Coomeva  E P S  S A

**Detalle de formulación:**

Paciente  66 AÑOS DE quien consulta por dolor lumbar de larga evolución irradiado a miembro inferior izquierdo, aumenta con el ejercicio y mejora con el reposo  MUY SINTOMATICA

Paciente en aparentes buenas condiciones generales, afebril, hidratado, conciente, orientado  Marcha antálgica  Asimetría y descompensación funcional del tronco  Reflejos patelar y aquiliano presentes y simétricos  Lasegue positivo. No reflejos patológicos  Paresia flexoextensora del hallux  Espasmo muscular paravertebral lumbar. Dolor a la palpación de región lumbar  Resto del examen físico clínicamente normal

RM    PROTRUSION DISCAL Y CANAL LUMBAR ESTRECHO L4 L5 ESTENOSIS FORAMINAL IZQUIERDA
MANEJO QUIRURGICOO  LAMINECTOMIA DESCOMPRESIVA L4 L5 Y MICRODICECTOMIA  L4 L5  IZQUIERDA

CTA    INCAPACITADA DURANTE  6 MESES PARA ACTIVIDAD FISICA Y DEPORTES

JORGE AUGUSTO VELEZ PATIÑO
CC  70083684 - RM. 131484

NOTA: Si presenta alguna reacción alérgica a uno de estos medicamentos suspéndalo inmediatamente y avíseme

Saludaxial@gmail.com / Calle 7 # 39 - 107 MEDICAL - Cons. 1405  / Tel.: 57 ( 4 ) 448 74 35

---





**Jorge Augusto**
Uélez Patiño

Universidad de Antioquia
S.C.M. Sao Paulo - Brasil
Registro Medico  1314-84

Medico Ortopedista | Cirujano de Columna | Osteoporosis | Densitometría

---

**Fecha y hora de elaboración:** 23/11/2015 11:07:01 AM  **Ciudad:** Medellin
**Tipo de Atención:** Enfermedad General
**Paciente:** GLORIA MARIA ORTIZ VILLEGAS
**Identificación:** 32485076
**Diagnóstico:** M511 I Trastorno De Disco Lumbar Y Otros, Con Radiculopatia
**Entidad:** Coomeva  E P S  S A.
**Detalle de la incapacidad:**

El paciente fue incapacitado por un periodo de 33 treinta y tres Dia(s) a partir de la fecha 2015/11/19 hasta el 2015/12/22

JORGE AUGUSTO VELEZ PATIÑO
CC  70083684 - RM  131484
ORTOPEDIA

NOTA: Si presenta alguna reacción alérgica a uno de estos medicamentos suspéndalo inmediatamente y avíseme

Saludaxial@gmail.com / Calle 7 # 39 - 107 MEDICAL - Cons. 1405  / Tel.: 57 ( 4 ) 448 74 35



| | INTEGRADOS I.P.S. | ORDEN DE SERVICIO | | | | |

| FECHA DE EXPEDICIÓN | AÑO | MES | DIA | TIPO DE IDENTIFICACIÓN CC CE TI RC | Nº DE IDENTIFICACIÓN |
|---|---|---|---|---|---|
| NOMBRE DEL USUARIO | | | | | TELÉFONO |
| Nº CONTRATO | | RANGO CON BEN | | DIAGNÓSTICO | CODIGO OMS |

| CÓDIGO | ORDEN SERVICIO Y/O MEDICAMENTO | CANTIDAD | | V/R unitario | SUBTOTAL |
|---|---|---|---|---|---|
| | | SOLICIT. | ENTREGA | | |
| 1 | Pstimienis + neoimicina + dexametasona | | sln Itolmico | | |
| + | # 1 frasco | | | | |
| | Aplicar 1 gota | | 4 veces | | |
| al | dia en oja izquierdo | | | | |
| | x 10 dias | | | | |
| * | Cita por oftalmologia en 1 mes | | | | |
| | | | TOTAL $ | | |
| | | | CUOTA MODERADORA $ | | |
| | | | NETO A PAGAR $ | | |

| Firma del Profesional Reg Nº | Firma del Punto de Entrega Reg Nº | Firma del Usuario Reg Nº |
|---|---|---|

FT - GMD - 35 - 01- SEPT 2005

ROBLEDO: CALLE 78 Nº. 79A - 03 PBX: 444 03 10 OPC 1
BELLO: CALLE 46 Nº 49 - 146 P 1 Y P 4 PBX 444 03 10 OPC 2
BELLO:(SEDE B. OBRERO)CALLE 37 Nº 51 - 19 PBX: 444 03 10 OPC 3

Casa 1 - Coomeva 33.



| | | INTEGRADOS I.P.S. | ORDEN DE SERVICIO | | |
|---|---|---|---|---|---|

| FECHA DE EXPEDICIÓN | AÑO 2015 | MES 02 | DÍA 04 | TIPO DE IDENTIFICACIÓN: CC ☒  .C.E  T.I  R.C | Nº DE IDENTIFICACIÓN 32485676 |
|---|---|---|---|---|---|
| NOMBRE DEL USUARIO Gloria Horica Ortiz | | | | | TELÉFONO |
| Nº CONTRATO | | RANGO: CON. BEN | DIAGNÓSTICO | | CÓDIGO OMS |

| CÓDIGO | ORDEN SERVICIO Y/O MEDICAMENTO | CANTIDAD SOLICIT. | ENTREGA | V/R unitario | SUBTOTAL |
|---|---|---|---|---|---|
| 1. slu | Carboximetlicelulosa oftalmica | #3 | frascos | | |
| Aplicar 1 gota cada 4 horas cu ambos ojos x 3 meses | | | | | |
| 2. Olopatadia 0.2% slu oftalmica #3 frascos Aplicar 1 gota en las mañanas cu ambos ojos x 3 meses | | | | | |
| | | | TOTAL $ | | |
| | | | CUOTA MODERADORA $ | | |
| | | | NETO A PAGAR $ | | |



Catalina Chica Gómez
Oftalmóloga Cirujana-UPB.
C.C. 43.978.355
Reg. S. 4624-09

| Firma del Profesional Reg. Nº | Firma del Punto de Entrega Reg. Nº | Firma del Usuario Reg. Nº |
|---|---|---|

FT. GMD - 26 01 SEPT 2005

ROBLEDO: CALLE 78 Nº 79A - 03 PBX: 444 03 10 OPC 1
BELLO: CALLE 46 Nº 49 - 146 P 1 Y P 4 PBX 444 03 10 OPC 2
BELLO:(SEDE B. OBRERO)CALLE 37 Nº 51 - 19 PBX  444 03 10 OPC 3

**SOLICITUD Y JUSTIFICACION DEL MEDICO TRATANTE DEL USO DE MEDICAMENTOS NO POS**

| Nombres y apellidos del Pacientes | Tipo y numero de Identificación |
|---|---|
| Gloria Maria Ortiz Villegas | CC 32485676 |

**Medicamento NO POS solicitado:**

| Principio Activo (nombre Genérico): | Concentración, forma farmacéutica | Dosis / Día | Días Tratamiento |
|---|---|---|---|
| OLOPATADINA | 0.2%, SLN OFTALMICA | 1 gota cada 24 horas en ambos ojos | 90 dias |

**Medicamento POS que sustituye o reemplaza con el medicamentos NO POS solicitado** (Debe ser del mismo grupo terapéutico y colocar las dosis día/tratamiento equivalente al tratamiento POS solicitado)

| Principio Activo (nombre Genérico): | Concentración, forma farmacéutica | Dosis / Día | Días Tratamiento |
|---|---|---|---|
| CROMOGLICATO DE SODIO | 4% SLN OFTALMICA | 1 gota cada 6 horas en ambos ojos | 90 dias |

**Justificación del médico tratante:**

**Fecha de la solicitud:  04 de  febrero de 2015    Tratamiento:** Ambulatorio___X___ Hospitalario_____

**Diagnostico:** _CONJUNTIVITIS ALERGICA_      **CIE10:** _H109_

**Descripción del Caso Clínico:** _PACIENTE CON CONJUNTIVITIS ALERGICA SEVERA REQUIERE TRATAMIENTO CON ANTIALERGICO DE ACCION DUAL_

**Justificación para el uso de medicamento NO POS:**

_PACIENTE QUE REQUIERE CONTROL DE INFLAMACION CRONICA DE LA SUPERFICIE OCULAR SECUNDARIA A REACCION ALERGICA_

**Efecto deseado con el tratamiento NO POS solicitado:** _DISMINUIR LA INFLAMACION Y EVITAR SECUELAS VISUALES PERMANENTES_

**Medicamentos POS Utilizados:**

| 1 Principio Activo (nombre Genérico) | Concentración, forma farmacéutica | Dosis / Día | Días Tratamiento |
|---|---|---|---|
| NO HAY | | | |
| 2 Principio Activo (nombre Genérico) | Concentración, forma farmacéutica | Dosis / Día | Días Tratamiento |
| | | | |

Respuesta clínica y paraclínica alcanzada con medicamento del POS: NO APLICA

Reacciones adversas o intolerancia a los medicamentos del POS (soportados en la historia Clínica):

Si__No_X__Cuales: _____

Contraindicaciones expresas sin alternativa de medicamento POS (soportados en la historia Clínica):

Si_____No__X___Cuales _____

**Nombre Medico Tratante**_DRA. CATALINA CHICA GÓMEZ   RM: 54528-09_

**FIRMA MEDICO TRATANTE**

Catalina Chica Gómez
Oftalmóloga Cirujana U. de A.
C.C. 43.978.355
Reg. 4528-09

**SOLICITUD Y JUSTIFICACION DEL MEDICO TRATANTE DEL USO DE MEDICAMENTOS NO POS**

| *Nombres y apellidos del Pacientes* | Tipo y numero de Identificación |
|---|---|
| Gloria Maria Ortiz Villegas | CC 32485676 |

**Medicamento NO POS solicitado:**

| *Principio Activo (nombre Genérico):* | Concentración, forma farmacéutica | Dosis / Día | Días Tratamiento |
|---|---|---|---|
| CARBOXIMETILCELULOSA 1% | 1%, SLN OFTALMICA | 1 gota cada 4 horas en ambos ojos | 90 dias |

**Medicamento POS que sustituye o reemplaza con el medicamentos NO POS solicitado** (Debe ser del mismo grupo terapéutico y colocar las dosis dia/tratamiento equivalente al tratamiento POS solicitado)

| *Principio Activo (nombre Genérico):* | Concentración, forma farmacéutica | Dosis / Día | Días Tratamiento |
|---|---|---|---|
| NO EXISTE HOMOLOGO | | | |

**Justificación del médico tratante:**

**Fecha de la solicitud:  04 de febrero de 2015      Tratamiento:  Ambulatorio___X__ Hospitalario_____**

**Diagnostico:  _OJO SECO___   CIE10: _H048_**

**Descripción del Caso Clínico:** _PACIENTE CON OJO SECO SINTOMATICO, REQUIERE TRATAMIENTO CON LUBRICANTE_

**Justificación para el uso de medicamento NO POS:**

_PACIENTE QUE REQUIERE LUBRICACION DE LA SUPERFICIE OCULAR PARA  EVITAR LA FORMACION DE ULCERAS POSTERIORES CON ALTERACION DE LA VISION_

**Efecto deseado con el tratamiento NO POS solicitado__LUBRICACION _**

**Medicamentos POS Utilizados:**

| *1. Principio Activo (nombre Genérico):* | Concentración, forma farmacéutica | Dosis / Día | Dias Tratamiento |
|---|---|---|---|
| NO HAY | | | |
| *2. Principio Activo (nombre Genérico):* | Concentración, forma farmacéutica | Dosis / Día | Dias Tratamiento |
| | | | |

Respuesta clinica y paraclinica alcanzada con medicamento del POS:_____

Reacciones adversas o intolerancia a los medicamentos del POS (soportados en la historia Clínica):

Si___No_X___Cuales· _____

Contraindicaciones expresas sin alternativa de medicamento POS (soportados en la historia Clínica):

Si_____No__X__ Cuales: _____

**Nombre Medico Tratante_DRA. CATALINA CHICA GÓMEZ  RM: 54528-09_**

*Catalina Chica Gómez*
*Oftalmóloga Cirujana U de A.*
*C.C 43.978355*
*Reg. S-4528-09*

**FIRMA MEDICO TRATANTE**

Imprimir Formato Solicitud No Pos                    http://www.ciklos.com.co/ciklos/php/vista/soliservicios/imprimirFo...



| RECIBIDO SOLICITUD JUSTIFICACIÓN DE SERVICIOS/MEDICAMENTOS NO POS | | | |
|---|---|---|---|
| **Nro Solicitud:** | 327649 | | |
| **Fecha de Recepción:** | 04/02/2015 | **Fecha de Respuesta:** | 11/02/2015 |
| **Nombre de Afiliado:** | Gloria Maria Ortiz Villegas | **Identificacion del Afiliado:** | CC 32485676 |
| **Tipo de Solicitud:** | CTC Ambulatorio | **Telefono de Contacto:** | 5806047 |
| **Chequeo de Documento** | | | |
| Solicitud CTC | | | |
| Historia Clinica | | | |
| Formula Medica | | | |
| **Observaciones** | | | |
| carboximetilcelulosa---olopatadina | | | |
| **Funcionario Coomeva EPS S.A:** | Cristian Ramirez Velez | **Oficina:** | MEDELLIN - SIP SERVICIOS NO POS |
| Mod. Abril de 2014 | | | EPS-FT-381 |

_comeva     # orden: 1352129

 **INTEGRADOS**
—— I.P.S. ——

## RECEPCIÓN Y ENTREGA DE
## ORDENES PARA AUTORIZAR

Tel: 5806047 - 2602381.

| Nombre del usuario | Gloria   Ortiz | |
|---|---|---|
| Documento | 32.485 676 | |
| Fecha de Recepción | 4   Feb - 2015 | |
| Tipo de orden | Resecc tumor Parpado. | Área |

Señor usuario favor reclamar su orden dentro de ___30___ días hábiles siguientes después de entregarla en el punto de autorizaciones de IPS INTEGRADOS Con este volante y el documento de identidad

| Empleado de la UBA | Yisel |
|---|---|

FT-AC-09-01-Agosto 30 2006

## General

| | | | |
|---|---|---|---|
| **Número historia:** | 109322323 | **Centro de atención:** | Coomeva Eps Integrados Ips Ltda Sede Robledo |
| **Tipo documento:** | Cedula Ciudadania | **Tipo afiliado:** | Beneficiario |
| **Número documento:** | 32485676 | **Prestador:** | Catalina Chica Gomez |
| **Nombre completo:** | Gloria Maria Ortiz Villegas | **Especialidad del Médico:** | Oftalmologia |
| **Edad:** | 65 Años (12-09-1949) | **Registro del Profesional Médico:** | 5452809 |
| **Sexo:** | Femenino | | |
| **Estado civil:** | Casado | **Fecha de apertura:** | 04-02-2015 08:49:11 AM |
| **Ocupación:** | Ama De Casa | **Fecha de cierre:** | 04-02-2015 09:09:13 AM |
| **Dirección:** | Cll 47D n 68A 19 Apto 202 Edificio Kucalon | **Duración (minutos):** | 20 |
| | | **Finalidad:** | No Aplica |
| **Telefono:** | 5806047 | **Causa externa:** | Enfermedad General |
| **Ciudad:** | Medellin | **Historia general:** | Consulta De Seguimiento |
| **IPS médica asignada:** | Unidad Basica Belen | **Estado:** | Cerrada |
| | | **Cita asociada:** | 140312239 |
| | | **Nombre cotizante:** | Carlos Eduardo Naranjo Ortiz |
| | | **Telefono cotizante:** | 5806047 |
| | | **Parentesco cotizante:** | Madre |
| | | **Nombre acompañante:** | |
| | | **Telefono acompañante:** | |
| | | **Nombre del responsable:** | Carlos Eduardo Naranjo Ortiz |
| | | **Telefono del responsable:** | 5806047 |
| | | **Parentesco con el responsable:** | Madre |
| | | **Procedencia:** | Medellin |

## Cuestionarios

## Consulta de Seguimiento

**ANAMNESIS**

| | |
|---|---|
| **Causa de Consulta** | Remitida por optometria |
| **Antecedentes Personales** | P: Asma Qx: Colecistectomia. Reseccion quiste ovario. Alergias: Sulfas |
| **Enfermedad Actual** | Paciente de 65 años de edad, residente en Florida Nueva, ama de casa, traductora y profesora de ingles. Evaluada por optometra quien encuentra lesion quistica en parpado inferior de ojo izquierdo. Tiene diagnostico de ojo seco y conjuntivitis alergica tto con Freegen 3-4 veces al dia y cromoglicato de sodio. Refiere que a pesar de esto presenta prurito y secrecion ocular. |
| **Antecedentes Familiares** | Refractivos |

**Examen Físico**

| | |
|---|---|
| **Ojos** Anormal | AV. CC OD: 20/20 OS: 20/20 BIO: Quiste de 1/3 interno de parpado inferior de ojo izquierdo. Conjuntiva con reaccion folicular, cornea clara sin tincion con BUT corto, CA VH: 3, cristalino sin opacidad. PIO: 10/10 FO: AO: N optico rosado exc: 0.3, macul asana. |

**Plan de manejo**

| | |
|---|---|
| **Conducta(s)** | Paciente con ojo seco y conjuntivitis alergica, ordeno tto con carboximetilcelulosa 1% cada 4 horas y olopatadina 0.2% en las mañanas en ambos ojos. Presenta ademas tumor benigno de parpado inferior de ojo izquierdo, se da orden para reseccion + sutura de parpado. Se explican los riesgos tales como infeccion, cicatriz |

visible, retraccion del parpado,
recidiva o necesidad de
reintervencion.

## Diagnósticos

| Código | Tipo diagnóstico | Diagnóstico | Contingencia Origen | Análisis |
|--------|------------------|-------------|---------------------|----------|
| D231 | Confirmado Nuevo | Tumor Benigno De La Piel Del Parpado Incluida La Comisura Palpebral | Enfermedad General | |
| H048 | Confirmado Repetido | Otros Trastornos Especificados Del Aparato Lagrimal | Enfermedad General | |
| H109 | Confirmado Repetido | Conjuntivitis No Especificada | Enfermedad General | |

1550



## ORDEN DE SERVICIO

### INTEGRADOS I.P.S.



| | FECHA DE EXPEDICION | AÑO 2015 | MES 07 | DIA 04 | TIPO DE IDENTIFICACIÓN C.C | N° DE IDENTIFICACIÓN 32485676 | |
|---|---|---|---|---|---|---|---|
| NOMBRE DEL USUARIO | Gloria | Hoyos | Ortiz | | TELEFONO | | |
| N° CONTRATO | | RANGO CON / BEN | DIAGNÓSTICO | | CÓDIGO OMS | | |

| CODIGO | ORDEN SERVICIO Y/O MEDICAMENTO | CANTIDAD SOLICIT. | ENTREGA | V/R unitario | SUBTOTAL |
|---|---|---|---|---|---|
| | Resecial tumor parpado < 1/3.    + | | | | |
| | Sutura de parpado ojo izquierdo | | | | |
| | TOTAL $ | | | | |
| | CUOTA MODERADORA $ | | | | |
| | NETO A PAGAR $ | | | | |

Catalina Chica Gómez
Oftalmóloga Cirujana Ocular
C.C. 43.978.365
Reg. S-4528-09

| Firma del Profesional Reg. N° | Firma del Punto de Entrega Reg. N° | Firma del Usuario Reg. N° |
|---|---|---|

FT - GAD - 35   V1 SEPT 2005



**INTEGRADOS I.P.S.**

Historia Nº _33-4-35636_

_Gloria Maria_ _Ortiz_ _Villegas_
   Nombre          Primer Apellido     Segundo Apellido



## DESCRIPCION OPERATORIA

| Fecha de Procedimiento | Ambulatorio | Hospitalario | Tipo de procedimiento | | FINALIDAD DEL PROCEDIMIENTO | |
|---|---|---|---|---|---|---|
| | Electivo ✕ | Electivo | 1 | cruento | 01 | Diagnóstico ✕ |
| 19 05 2015 | Urgente | Urgente | 2 | incruento | 02 | Terapéutico |
| dd mm aaaa | | | | | 03 | Protección específica |
| | | | | | 04 | Detección temprana de enfermedad general |
| | | | | | 05 | Detección temprana de enfermedad Profesional |

hora de entrada quirófano ☐ ☐ ☐ H H M M

hora inicio anestesia ☐ ☐ ☐ H H M M

hora salida quirófano ☐ ☐ ☐ H H M M

hora inicio procedimiento ☐ ☐ ☐ H H M M

hora final anestesia ☐ ☐ ☐ H H M M

hora final procedimiento ☐ ☐ ☐ H H M M

Anestesiólogo: _____ Anestesia: Gral: ☐ Epid: ☐ Raq: ☐ Local: ✕ Reg: ☐

Cirujano: _Catalina China_ Ayudante: _____ Núcleo Adscripción: Si ☐ No ☐

Herida: Limpia ☐ Contaminada ☐ Limpia Contaminada ☐ Sucia ☐

| | | CÓDIGO |
|---|---|---|
| Diagnóstico Preoperatorio | _Tumor parpado OS_ C.I.E-10 | D23 |
| Diagnóstico Principal (Postoperatorio) | _Idn_ C.I.E-10 | |
| Diagnóstico Relacionado (Postoperatorio) | C.I.E-10 | |
| Diagnóstico Relacionado (Postoperatorio) | C.I.E-10 | |
| Diagnóstico Relacionado (Postoperatorio) | C.I.E-10 | |
| Complicaciones Quirúrgicas (si las hubo) | C.I.E-10 | |
| Reintervención (causas) | | |

| Nº | PROCEDIMIENTO (nombre claro) | VIA | CÓDIGO claro | ANESTESIA | |
|---|---|---|---|---|---|
| | | | | Anestesiar | Particular |
| 1 | Reseccion tumor parpado inf (1) | A | 2214 | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |

HALLAZGOS _____

_____
_____
_____
_____
_____
_____
_____
_____

*Descripción Operatoria*

1. Asepsia + antisepsia
2. Se infiltra piel de parpado interior
3. Disica el de tumor de piel
4. Hemostasia

___
*Catalina Clinica*
Nombre y apellidos legibles del Médico Cirujano

Catalina Clinica Gómez
Oftalmóloga Cirujana Uveitis
C.C. 43.978.355
Reg. S-4528.09

*Firma, Sello, Número de Registro*

# General

| | | | |
|---|---|---|---|
| **Número historia:** | 109322323 | **Centro de atención:** | Coomeva Eps Integrados Ips Ltda Sede Robledo |
| **Tipo documento:** | Cedula Ciudadania | **Tipo afiliado:** | Beneficiario |
| **Número documento:** | 32485676 | **Prestador:** | Catalina Chica Gomez |
| **Nombre completo:** | Gloria Maria Ortiz Villegas | **Especialidad del Médico:** | Oftalmologia |
| **Edad:** | 65 Años (12-09-1949) | **Registro del Profesional Médico:** | 5452809 |
| **Sexo:** | Femenino | **Fecha de apertura:** | 04-02-2015 08:49:11 AM |
| **Estado civil:** | Casado | **Fecha de cierre:** | 04-02-2015 09:09:13 AM |
| **Ocupación:** | Ama De Casa | **Duración (minutos):** | 20 |
| **Dirección:** | Cll 47D n 68A 19 Apto 202 Edificio Kucalon | **Finalidad:** | No Aplica |
| **Telefono:** | 5806047 | **Causa externa:** | Enfermedad General |
| **Ciudad:** | Medellin | **Historia general:** | Consulta De Seguimiento |
| **IPS médica asignada:** | Unidad Basica Belen | **Estado:** | Cerrada |
| | | **Cita asociada:** | 140312239 |
| | | **Nombre cotizante:** | Carlos Eduardo Naranjo Ortiz |
| | | **Telefono cotizante:** | 5806047 |
| | | **Parentesco cotizante:** | Madre |
| | | **Nombre acompañante:** | |
| | | **Telefono acompañante:** | |
| | | **Nombre del responsable:** | Carlos Eduardo Naranjo Ortiz |
| | | **Telefono del responsable:** | 5806047 |
| | | **Parentesco con el responsable:** | Madre |
| | | **Procedencia:** | Medellin |

# Cuestionarios

## Consulta de Seguimiento

**ANAMNESIS**

| | |
|---|---|
| **Causa de Consulta** | Remitida por optometria |
| **Antecedentes Personales** | P: Asma Qx: Colecistectomia. Reseccion quiste ovario. Alergias: Sulfas |
| **Enfermedad Actual** | Paciente de 65 años de edad, residente en Florida Nueva, ama de casa, traductora y profesora de ingles. Evaluada por optometra quien encuentra lesion quistica en parpado inferior de ojo izquierdo. Tiene diagnostico de ojo seco y conjuntivitis alergica tto con Freegen 3-4 veces al dia y cromoglicato de sodio. Refiere que a pesar de esto presenta prurito y secrecion ocular. |
| **Antecedentes Familiares** | Refractivos |

**Examen Físico**

| | |
|---|---|
| **Ojos Anormal** | AV. CC OD: 20/20 OS: 20/20 BIO. Quiste de 1/3 interno de parpado inferior de ojo izquierdo. Conjuntiva con reaccion folicular, cornea clara sin tincion con BUT corto, CA VH: 3, cristalino sin opacidad. PIO: 10/10 FO: AO: N optico rosado exc: 0.3, macul asana. |

**Plan de manejo**

| | |
|---|---|
| **Conducta(s)** | Paciente con ojo seco y conjuntivitis alergica, ordeno tto con carboximetilcelulosa 1% cada 4 horas y olopatadina 0.2% en las mañanas en ambos ojos. Presenta ademas tumor benigno de parpado inferior de ojo izquierdo, se da orden para reseccion + sutura de parpado. Se explican los riesgos tales como infeccion, cicatriz |

visible, retracción del parpado,
recidiva o necesidad de
reintervención.

## Diagnósticos

| Código | Tipo diagnóstico | Diagnóstico | Contingencia Origen | Análisis |
|--------|------------------|-------------|---------------------|----------|
| D231 | Confirmado Nuevo | Tumor Benigno De La Piel Del Parpado Incluida La Comisura Palpebral | Enfermedad General | |
| H048 | Confirmado Repetido | Otros Trastornos Especificados Del Aparato Lagrimal | Enfermedad General | |
| H109 | Confirmado Repetido | Conjuntivitis No Especificada | Enfermedad General | |

4/3/201~                                                    Vista Previa



**SERAD**

ESCANOGRAFIA - ECOGRAFIA - MAMOGRAFIA
RADIOLOGIA GENERAL Y CONTRASTADA

**Paciente:** GLORIA MARIA ORTIZ DENARANJO

**N° documento:** 32485676        **Sexo:** F        **Edad:** 64 AÑO

**EPS / Aseguradora:** N/A        **Fecha del estudio:** 2014-03-01

**Tecnica:** CONTRASTADO        **Extremidad:** N/A

**Estudio:** RESONANCIA MAGNETICA DE COLUMNA LUMBOSACRA

**Adicional :**

**TECNICA**

Con magneto superconductor supera a 1,5 T se realizaron secuencias de pulso T1 axial y sagital (Gadolinio amp x 15 ml #1), T2 multiplanares y STIR sagital.

**HALLAZGOS:**

Rectificación de la lordosis lumbar, leve desviación de convexidad izquierda de ésta y desalineamientos vertebrales lumbares degenerativos pequeños.

Los cuerpos vertebrales lumbares son de altura normal, presentan hiperseñal en las secuencias T1 y T2 que sugieren reemplazo graso de la médula ósea roja por osteopenia, ondulación e irregularidad de las láminas terminales por cambios osteocondróticos y en algunos niveles herniaciones intraesponjosas (nódulos de Schmorl). Osteofitos degenerativos. Posible vértebra transicional tóraco lumbar.

Deshidratación de los discos intervertebrales lumbares y torácicos valorables de predominio L4/L5 con posible fenómeno de vacio intradiscal en éste.

Estenosis degenerativa multifactorial del canal lumbar central y lateral condicionada por abombamientos discales difusos, hipertrofia de los ligamentos amarillos y osteoartrosis facetaria, el compromiso es mayor central y lateral izquierdo en L4/L5 y en L2/L3 lateral derecho por hernia discal protruida al neuroforamen que puede estar comprimiendo la raíz L2 dentro de foramen.

En L5/S1 desgarro ánulo ligamentario y pequeña hernia discal protruída posterior paracentral derecha próxima a la raíz S1 derecha emergente.

Moderada osteoartrosis facetaria lumbar. Posibles quistes perirradiculares bilaterales en la unión tóraco lumbar y lumbosacra. El cono medular es de diámetro, posición e intensidad señal normal, se ubica la altura de L1.

No identifiqué realces medulares, meningeos, radiculares ni vasculares anormales.

**CONCLUSION:**

Deshidratación de los discos intervertebrales de predominio L4/L5, estenosis degenerativa multifactorial del canal lumbar de predominio central y lateral izquierdo en L4/L5 y en L2/L3 lateral derecho por hernia discal protruida foraminal.

Dr. ADRIANA LUCIA PAJON CEBALLOS
NEURORADIOLOGIA
Reg. Medico : 51007
UNIVERSIDAD DE ANTIOQUIA

1/1



**SERAD**
ESCANOGRAFIA · ECOGRAFIA · MAMOGRAFIA
RADIOLOGIA GENERAL Y CONTRASTADA

DR. JUAN GUILLERMO VÉLEZ T.
DR. CARLOS MARIO GONZÁLEZ V.

Medellín, Diciembre 26 de 2013

Referencias:
**GLORIA MARIA ORTIZ VILLEGAS (64)**
**CC. 32.485.676**
Examen No. 535.068   Coomeva
Radiografía de columna lumbosacra

Estimado(a) Doctor(a):

Hay seis vértebras de configuración lumbar por la presencia de vértebra transicional dorsolumbar lo que es variante anatómica.

En los cuerpos vertebrales y en los elementos vertebrales posteriores no hay lesiones traumáticas, tumorales ni infecciosas

No hay escoliosis, espondilolisis ni espondilolistesis.

Encuentro pinzamiento de los espacios intervertebrales L2 – L3, L3 – L4 y L4 – L5.  Hay además esclerosis de los platillos vertebrales y formación de osteofitos.  Son cambios de osteocondrosis intervertebral.  Si hay sospecha de hernia se ameritan otros estudios.  Los demás espacios intervertebrales tienen amplitud normal.

Los agujeros de conjunción tienen amplitud normal.

Las articulaciones facetarias y sacroilíacas son normales.

En los tejidos blandos no hay masas.  Se ven ateromas calcificados en la aorta por aterosclerosis. Hay clips metálicos en hipocondrio derecho por antecedente quirúrgico.

En las demás estructuras óseas evaluables no encuentro lesiones.

CONCLUSIÓN: Osteocondrosis intervertebral en los espacios L2 – L3, L3 – L4 y L4 – L5.  Vértebra transicional dorsolumbar.  Aterosclerosis.  Antecedente quirúrgico en hipocondrio derecho.

Muchas gracias,

**CARLOS MARIO GONZÁLEZ VÁSQUEZ**
**Médico Radiólogo**

LAVCH

## General

| | | | |
|---|---|---|---|
| **Número historia:** | 99227965 | **Centro de atención:** | Unidad Basica De Atencion Belen |
| **Tipo documento:** | Cedula Ciudadania | **Tipo afiliado:** | Beneficiario |
| **Número documento:** | 32485676 | **Prestador:** | Juan Carlos Hernandez Hincapie |
| **Nombre completo:** | Gloria Maria Ortiz De Naranjo | **Fecha de apertura:** | 11-03-2014 12:59:57 PM |
| **Edad:** | 64 Años (12-09-1949) | **Fecha de cierre:** | 11-03-2014 13:52:12 PM |
| **Sexo:** | Femenino | **Duración (minutos):** | 52 |
| **Estado civil:** | Casado | **Finalidad:** | No Aplica |
| **Ocupación:** | Ama De Casa | **Causa externa:** | Enfermedad General |
| **Dirección** | Cll 47D n 68A 19 Apto 202 Edificio Kucalon | **Historia general:** | Historia Clinica General (Ver Formato) |
| **Telefono:** | 5806047 | **Estado:** | Cerrada |
| **Ciudad:** | Medellin | **Cita asociada:** | 127838690 |
| **IPS médica asignada:** | Unidad Basica De Atencion Belen | **Nombre cotizante:** | Carlos Eduardo Naranjo Ortiz |
| | | **Telefono cotizante:** | 5806047 |
| | | **Parentesco cotizante:** | Madre |
| | | **Nombre acompañante:** | sola |
| | | **Telefono acompañante:** | 00 |
| | | **Nombre del responsable:** | Carlos Eduardo Naranjo Ortiz |
| | | **Telefono del responsable:** | 5806047 |
| | | **Parentesco con el responsable:** | Madre |
| | | **Procedencia:** | Medellin |

## Cuestionarios

## Situacion Actual

**Causa de Consulta**

**Motivo de Consulta** dolro de la espalda

**Enfermedad Actual** tel 5806047 - no refiere otro. Paciente que hace 3 dias luego de realizar actividades en la casa, inicia dolor en region lumbar incapacitante para realizar actividades como sentarse, caminar, por lo que acude a consulta donde es evaluada y remitida a ortopedia donde le solictan resonancia donde le halla rectificacion de lordosis lumbar. leve desviacion de convecidad izquierda de esta y alineamiento vertebral lumbar degenerativos pequeños los cuerpos vertebrales lumbares son de altura normal presenta hiperseal en las secuencia t1 y t2 que sugiere el reemplazo graso de la medula osea roja por osteopenia, ondulacion e irregularidad de las laminas terminanels por cambio ostocondroticos y en algunos niveles herniaciones intraesponjosa (nodulos de Schmul) osteofitos degenerativos posible vertebra transicional toraco lumbar. deshidratacion de los discos vertebrales lumbares y otraciccos valorasi de predominio l4-l5 con fenomeno posible de vacion intradiscala estenosis degenerativa multifactorial del can lumbar central y lateral condicionada por abombamientos discales difusos hipertrofia de los ligamenteos amarillo y osteoartrosis facetaria, el compromisos es mayor central y lateral izquiedo en l4-l5 y en

se recomienda bajar de peso.
FISIOTERAPIA paciente
que debe continuar manejo con
ortopedia porque a la RM se halla
'los cuerpos vertebrales lumbares
son de altura normal presenta
hiperseal en las secuencia t1 y t2
que sugiere el reemplazo graso de
la medula osea roja por osteopenia,
ondulacion e irregularidad de las
laminas terminanels por cambio
ostocondroticos y en algunos
niveles herniaciones intraesponjosa
(nodulos de Schmul) osteofitos
degenerativos. posible vertebra
transicional toraco lumbar
deshidratacion de los discos
vertebrales lumbares y otracicos
valorasi de predomino l4-l5 con
fenomeno posible de vacion
intradiscaia. estenosis
degenerativa multifactonal del can
lumbar central y lateral
condionada por abombamientos
discales difusos hipertrofia de los
ligamenteos amarillo y
osteoartrosis facetaria, el
compromisos es mayor central y
lateral izquiedo en l4-l5 y en
l2-l3 lateral dereh por hernia
discal proturida al neuroforamen
que esta comprometiendo la raiza
deL2 dentro de foramen. en l5/s1
desgarro anulo ligmanetario y pequa
hernia discal protuirda
postenormente paracentral derech
proxima a la ras S1" Inicio
manejo para la osteopenia
moderada  se da recomendaciones
como "Ejercicio físico. Hay
suficiente evidencia científica
sobre la eficacia del ejercicio en
el alivio del dolor, mejoría
subjetiva global del paciente y
mejoría de parámetros funcionales
en los pacientes con OSTEOPENIA. La
práctica del ejercicio debería ser
constante o, al menos, 3 días por
semana, durante no menos de 20 ó 30
minutos en cada sesión. Se debe
evitar la sobrecarga articular,
eliminando fuertes y repetidos
impactos sobre las articulaciones
dañadas, a fin de preservarlas de
un posible desgaste adicional por
sobreuso. Debemos recomendar la
práctica regular de ejercicio suave
y adaptado a las diferentes
condiciones del paciente, como una
indicación más de su
tratamiento". Solicito 5
sesiones de fisioterapia.

# Preguntas sin cuestionario

**Datos Generales**

**Edad de esta historia** 64

**Mes fecha nacimiento** 09

**Dia de Ingreso**   11

**Año de Ingreso**   2014

**Dia fecha nacimiento**  12

**Año fecha nacimiento** 1949

**Mes de Ingreso**   03

**Antecedentes Personales**

**Especifique** Colecistectomia, Miomectomia



| | |
|---|---|
| Cocinar Con Leña | · No |
| Consume Tranquilizantes? | No |

## Factores de riesgo Biosicosocial

| | |
|---|---|
| Intento De Suicidio | No |
| Maltrato Fisico | No |
| Maltrato Psicologico | No |
| Abuso Sexual | No |
| Se Siente Aceptado? | Si |
| Presenta Algun Trastorno Alimentario? | No |

## Sexualidad y planificación familiar

| | |
|---|---|
| Enfermedad De Transmision Sexual | No |
| Metodo De Planificacion Familiar | No |

## Revision por Sistemas

### Signos generales

| | |
|---|---|
| Pérdida De Apetito O Fatiga Relacionada Con Pérdida De Peso En Los Últimos Tres Meses Y Por Causa Desconocida? | No |
| Sudoración Nocturna Importante, Sin Causa Aparente. | No |

## Respiratorio

Ha Presentado Tos? No

## Examen Fisico

### Signos vitales

| | |
|---|---|
| Peso (Kg) | 62 |
| Talla (M) | 1.58 |
| Imc (%) | 24 84 |
| Area De Superficie Corporal | 5 71 |
| Frecuencia Cardiaca | 78 |
| P.A.S Sentado Brazo Derecho | 120 |
| P.A.D Sentado Brazo Derecho | 80 |
| Presion Arterial Media | 93 33 |

## Vacunacion

## Vacunacion

Observaciones generales
COMPELTAS SIN CARNET

## Dx y Cx

### Diagnóstico

Conducta



| Apellidos | ORTIZ VILLEGAS |  |  |  |  |
|---|---|---|---|---|---|
| Nombre. | GLORIA MARIA |  |  |  |  |
| Número de Id: | CC 32485676 |  |  |  |  |
| Número de Ingreso | 1322845-1 |  |  |  |  |
| Sexo | Femenino | Edad Ing | 66 Años | Edad Act. | 66 Años |
| Ubicacion | PISO 4  CENTRO |  |  | Cama | 418A |
| Servicio. | PISO 4  CENTRO |  |  |  |  |
| Responsable | COOMEVA EPS S A |  |  |  |  |

| Fecha Ingreso | DD 19 | MM 11 | AAAA 2015 | Hora Ingreso | 4 21 |   | Fecha Egreso | DD | MM | AAAA | Hora Egreso |

## HISTORIA CLÍNICA

**Antecedentes Alérgicos**

Sulfas

**HISTORIA DE EVOLUCION**

TIPO DE EVOLUCION  DESCRIPCION OPERATORIA ESPECIALIDAD  ORTOPEDIA Y TRAUMATOLOGIA  UBICACION  CIRUGIA CENTRO  FECHA:
19/11/2015 17 22
**SUBJETIVO**

Cirugia  Hospitalizado
Tipo de Cirugia  Electiva
Reintervencion  No
Tecnica Anestesica  General
Quirofano  CFNT  QUIROFANO 06
Consentimiento Informado  Si
Profilaxis Quirurgica  Si  cefazolina 2 grs

**ANALISIS**

DESCRIPCION QUIRURGICA  previa asepsia + antisepsia

insicion mediana posterior 5 cms

diseccion por planos

identificacion de espacio l4 l5 izquierdo

lamlnectomia l4 l5 izquierda

lamlnectomia l4 l5 izquiereda

raiz l5 izquierda edematizada y equimotica

sangrado profuso de plexo epidural

hemostasia general

sutura por planos

CODIGOS ISS 01242 Y 01246

PROCEDIMIENTOS  Explorac descompresion del canal raquideo y raices espinales por laminectomia. Discectomia lumbar  via posterolateral con o sin facectomia [en descompresion]

Recuento de Compresas  Completo
Sangrado  SiCantidad  100ml
**PLAN**

PLAN A SEGUIR  HOSSPITALIZADA

**JUSTIFICACION PARA QUE EL PACIENTE CONTINUE HOSPITALIZADO HOY**

CIRUJANO JORGE AUGUSTO VELEZ PATINO ESPECIALIDAD ORTOPEDIA Y TRAUMATOLOGIA

**ORDENES MÉDICAS**

ACTIVIDADES MEDICO DELEGADAS

19/11/2015 17 32

Reposo Relativo
SE DEBE  MOVILIZAR EN EL  CUARTO
EVITAR TVP



| Apellidos: | ORTIZ VILLEGAS |  |  |  |  |
|---|---|---|---|---|---|
| Nombre: | GLORIA MARIA |  |  |  |  |
| Número de Id: | CC-32485676 |  |  |  |  |
| Número de Ingreso | 1322845-1 |  |  |  |  |
| Sexo | Femenino | Edad Ing. | 66 Años | Edad Act. | 66 Años |
| Ubicacion | PISO 41 CENTRO |  |  | Cama | 418A |
| Servicio | PISO 4 1 CENTRO |  |  |  |  |
| Responsable | COOMEVA EPS S A |  |  |  |  |

ORDENADO
MEDICAMENTOS
19/11/2015 17 30
Cefazolina Ampolla 1gr (Kefro) 1 GRAMO(S) INTRAVENOSO CADA 6 HORAS por 2 DIAS
ORDENADO
19/11/2015 17 30
Dipirona Sodica Ampolla 1gr 1 GRAMO(S) INTRAVENOSO CADA 6 HORAS por 2 DIAS
ORDENADO
19/11/2015 17 31
Acetaminofen Tableta 500 mg 2 TABLETA(S) ORAL CADA 6 HORAS por 2 DIAS
ORDENADO
TRASLADOS
19/11/2015 17 32
Hospitalizacion cama compartida  Sede Centro
ORDENADO
Firmado por  JORGE AUGUSTO VELEZ PATIÑO ORTOPEDIA Y TRAUMATOLOGIA  Reg 131484

**HISTORIA DE EVOLUCION**

TIPO DE EVOLUCION  EVOLUCION HOSPITALIZACION INGRESO ESPECIALIDAD  MEDICINA GENERAL  UBICACION  PISO 41 CENTRO  FECHA:
19/11/2015 22.24
**SUBJETIVO**

INGRESO HOSPITALIZACION
Proviene de cirugia
Gloria Ortiz, 66 años
Dx
1 POP inmediato Lamnectomia L4 - L5 izq

Paciente refiere dolor moderado
**OBJETIVO**

Paciente alerta, orientada, colaboradora
FC 84 FR 16 Sat 98%
Mucosas humedas, conjuntivas rosadas
RsCaRs sin soplos  MV conservado sin sobreagregados
Abd blando, no distendido, no masas
Se observa herida en region lumbar cubierta por apositos limpios
Ext sin edemas  no lesiones  moviliza las extremidades sin dificultad  no signos de hipoperfusion  llenado capilar < 2 seg, pulsos ++
No deficit neurológico

**ANTECEDENTES**

ANTECEDENTES PERSONALES
Antecedentes patológicos
Dislipidemia
Asma

TTO
* Atorvastatina
* Pregabalina
Antecedentes quirurgicos
Colecistectomia
Resección fibromas de ovario
Lamnectomia
Antecedentes alergicos
Sulfas
**ANALISIS**

Paciente en séptima decada de  la vida  que ingresa en POP inmediato de lamnectomia izquierda L4-L5  En el momento tranquila, estable hemodinamicamente, con dolor  moderado  Continuo medicamentos de uso cronico  gastroproteccion  Se ajusta analgesia



| Apellidos | ORTIZ VILLEGAS | | |
|---|---|---|---|
| Nombre | GLORIA MARIA | | |
| Número de Id | CC 32485676 | | |
| Número de ingreso | 1322845 | | |
| Sexo | Femenino | Edad Ing | 66 Años | Edad Act | 66 Años |
| Ubicación | PISO 4 CENTRO | | Cama | 415A |
| Servicio | PISO 4 - CENTRO | | |
| Responsable | COOMEVA EPS S A | | |

**PLAN**

Ingreso hospitalización
Conciliación de medicamentos
Gastroprotección

**ORDENES MEDICAS**

MEDICAMENTOS

19/11/2015 22 45

Pregabalina Capsula 75 mg 1 CAPSULA(S) ORAL CADA 24 HORAS por 30 DIAS

ORDENADO

19/11/2015 22 45

Atorvastatina Tableta 20mg (Lipitor-Pfizer) 1 TABLETA(S) ORAL CADA 24 HORAS por 30 DIAS Administrar 2 horas antes de dormir

ORDENADO

19/11/2015 22 47

Tramadol Ampolla 50mg 50 MILIGRAMO(S) INTRAVENOSO CADA 8 HORAS por 7 DIAS Diluido en Sodio Cloruro 0 9% x 250 mL Cantidad 250 ml Tiempo infusion del diluyente

ORDENADO

19/11/2015 22 47

Omeprazol Capsula 20 mg 1 CAPSULA(S) ORAL CADA 24 HORAS por 30 DIAS

ORDENADO

Firmado por PAULINA ALVAREZ ALVAREZ MEDICINA GENERAL Reg 5-0857-13

**HISTORIA DE EVOLUCION**

TIPO DE EVOLUCION EVOLUCION DIARIA-RONDA ESPECIALIDAD ORTOPEDIA Y TRAUMATOLOGIA UBICACIÓN PISO 41 CENTRO FECHA 20/11/2015 13 12

**SUBJETIVO**

po 1 dia laminectomia descompresiva l4 l5

asitomatica

neurologico normal

herida seca
eliminaciom ok

cta alta

**EVOLUCION DIAGNOSTICA**

DIAGNOSTICO PRINCIPAL

| NOMBRE DIAGNÓSTICO | CÓDIGO DX | ESTADO INICIAL | CAUSA  EXTERNA |
|---|---|---|---|
| TRASTORNOS DE DISCO LUMBAR Y OTROS CON RADICULOPATIA | M511 | Confirmado | - |

**PLAN**

alta

**ORDENES MEDICAS**

EGRESO

20/11/2015 13 15

Alta por orden medica
alta c on formula
ORDENADO

**ORDENES MEDICAS EXTERNAS**

MEDICAMENTOS



| Apellidos | ORTIZ VILLEGAS | | |
|---|---|---|---|
| Nombre | GLORIA MARIA | | |
| Número de Id | CC-32485676 | | |
| Número de Ingreso | 1322845-1 | | |
| Sexo | Femenino | Edad ing. | 66 Años | Edad Act. | 66 Años |
| Ubicación | PISO 41 CENTRO | | Cama. | 415A |
| Servicio | PISO 4-1 CENTRO | | |
| Responsable | COOMEVA EPS S A | | |

20/11/2015 13 14

Cefalexina Capsula 500 mg 1 CAPSULA(S) ORAL CADA 6 HORAS por 8 DIAS

ORDENADO

20/11/2015 13 15

Acetaminofen Tableta 500 mg 2 TABLETA(S) ORAL CADA 6 HORAS por 5 DIAS

ORDENADO

Firmado por JORGE AUGUSTO VELEZ PATIÑO ORTOPEDIA Y TRAUMATOLOGIA Reg 131484

| | |
|---|---|
| Problemas De Tiroides | Ninguno |
| Cancer | Ninguno |
| Transtornos De Vision | Ninguno |
| Enferm. Mental | Ninguno |
| Hematologicos | Ninguno |
| Tuberculosis | Ninguno |
| Enferm. Neurologica | Ninguno |
| Enferm. Infecciosa | Ninguno |
| Muerte Por Infarto Agudo Del Miocardio En Menores De 65 Años | Ninguno |
| Asma | Ninguno |
| Otras Patologias | Ninguno |
| Lepra | No |

Observaciones generales
ABUELA CANCER  NO DETERMINADO

## Ocupacionales

Jornada Laboral?      Diurno

Observaciones generales
AMA DE CASA, Y DOCENTE DE INGLES, CASADA CON 2
HIJOS,CATOLICA, ZURDA, RESIDENTE EN FLORIDA NUEVA, CONVIVE
CON HIJO, NO TIENE MASCOTAS EN CASA

## Factores de Riesgo

## Factores Protectores

Ejercicio
Tiempo Que Dedica A La Actividad ( Horas)   1

Cuantas veces a la semana      4                    SI

Que tipo de ejercicio?      Dinamico

Consume alguno de estos alimentos mas de 4 veces en la semana?

Frutas

Verduras

Realiza Actividades Recreativas                    No

## Factores de riesgo

Consumo De Licor?      No

Fuma?      No

Fue Fumador?      No

Consume Sustancias Sicoactivas   No

Fumador Pasivo      No

Quirurgicos

| | |
|---|---|
| Especifique  Colecistectomia  Miom» | Si |
| Transplantes | No |
| Hospitalarios | No |
| Traumas | No |
| Toxicos | No |
| Transfusiones | No |
| Consume Medicamentos | No |
| Enfermedad Psiquiatrica | No |
| Enfermedad Neurologica | No |
| Depresion | No |

Observaciones generales
* PATOLOGICOS: CONJUNTIVITIS ALERGICA EN AMENJO CON
CROMOGLICATO OFTALMICO AL 4%  OSTEOPENIA EN MANEJO CON
CALCIO , ASMA, DOLOR LUMBAR POR RADICULOPATIA
* QUIRURGICOS: COLESCITECTOMIA , MIOMECTOMIA
* ALERGICOS: SULFAS LE PRODUCE BROTE EN PIEL
* TOXICOS: NEGATIVOS
* NO COCINO CON LEÑA

## Antecedentes GinecolÃ³gicos y ObstÃ©tricos

| | |
|---|---|
| Se Ha Realizado La Citologia? | No |
| Se Ha Realizado La Mamografia | |
| Año Ultima Mamografia  2013 | Si |
| Menopausia | Si |

Observaciones generales
MAYO   MAMOGRAFIA  NO COMPARATIVA  PUE S NO LLEVO  LAS
ANTERIORES::  ASIMETRIA POR MAYOR TEJIDO GLANDULAR EN CSE
DERCHO , NO S EIDENTIFICAN  LESIONE S SOSPECHOSAS.
MENARCA 12 AÑOS
CITOLOGIA 30/01/15 MUESTRA SATISFACTORIA NEGATIVA PARA
MALIGNIDAD

## Antecedentes Familiares

| | |
|---|---|
| Hipertension | 1er Grado |
| Enfermedad Cerebro Vascular | Ninguno |
| Diabetes | 1er Grado |
| Obesidad | Ninguno |
| Dislipidemia | Ninguno |
| Enfermedad Coronaria | Ninguno |
| Nefropatia | Ninguno |
| Enfermedad Renal Cronica | Ninguno |
| Infarto Del Miocardio | Ninguno |

