JOSE NARANJO
Reg. No. 21431-053
FCC COLEMAN USP#II
P.O. BOX 1034
Coleman, Fl 33521

DATE:

Clerk of Court
U.S. District Court of
Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

*Let this be filed as a supplemental Exhibits to Exhibit C to pending petition. TFH 8/7/19*

RE: Petition for reduction of sentence/compassionate release.

Dear Clerk of Court:

I wish you're in the best of health.

I write today to acknowledge that I received receipt of document#626 filed therein, on 6/10/2019, case No. 1:93-cr-00418-TFH. I am enclosing a recent certificate of Minister ackquired recently which will demonstrate rehabilitation or stride towards rehabilitation. Please include such ducument on Exhibit C of the original petition for reduction/compassionate release.

Thank you very much for your time and assistance in the above related matter.

Respectfully Submitted,

_____
Jose Naranjo#21431-053
(Pro se)



RECEIVED
Mail Room
AUG - 1 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia