*Let this be filed*
[signature] 8/13/19

# Universal Life Church

HEADQUARTERS: 601 3RD ST., MODESTO, CALIF. 95351 • (209) 527-8111

*This is to certify that the bearer hereof*

Jose Naranjo

*has been ordained this day*   July 8th, 2019

*and has all rights and privileges to perform all duties of the Ministry.*

## CREDENTIALS OF MINISTRY

_____
Kirby J. Hensley, Founder
President 1959-1999

_____
Lida G. Hensley, D.D.
President 1999-2006

_____
Andre J. Hensley, President

_____
Office Clerk

(Seal: Universal Life Church, Modesto, California)