# EXHIBIT A



**Dra. Gabriela Patricia Vásquez Guerrero**
MD y Cirujano UPB - RM 5-0863-04

Experta en el manejo del dolor crónico osteomuscular.
Manejo integral del paciente, su cuerpo, mente y espíritu.

Fecha: DIC 18/2019

Nombre: Gloria Maria Ortiz de Narango

cc 32 485 676,

A quién puede interesar:

Pte de 70 años la cual
tras sufrir 42 años de
dolor lumbar crónico se
le realizó manejo Qco
con laminectomie descompresive
en L4 L5 y microdiscectomie
L4 L5 Izf, ahora la
condición clínica de la paciente
en términos generales
requiere de revisiones
continuas en consulta con →

Calle 7 No. 39 - 107 - Cons. 1211 Torre Médical Poblado - Medellín, Col.
Tel: 312 00 56 - 312 55 40
MÉDICAL

médico de dolor crónico osteomuscular, fisioterapia, terapia alternativa, ayudas psicológicas y grupos de apoyo para lo cual la paciente necesita la compañía de su esposo.

De antemano.

Muchas Gracias!!!

Gabriela P. Vásquez Guerrero
Médico
C.C.
R.M.

Date:  Dec. 18, 2019

Name: Gloria Maria Ortiz de Naranjo

cc 32 485 676

To whom might be interested:

70 year old patient who after suffering 42 years of chronic lumbar pain was treated with [QCO?] with decompressive laminectomy on L4 L5 and microdirectomy L4, L5, Left.  Now the patient's clinical condition in general terms requires continuous check-ups in consultation with a doctor of chronic osteomuscular pain, physiotherapy, alternative therapy, psychological aids and support groups for which the patient needs her husband's company.

Many thanks in advanced

Dr. Gabriela P. Vasquez Gerrero