IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

*Let that be Filed Hogan) 2/21/40*

UNITED STATES OF AMERICA,
Plaintiff/Respondant,

Vs.

**FILED**

FEB 21 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JOSE NARANJO
Cestui Que Vie Trust,
Defendant/Movant,

JOSE-L: Naranjo, of the family of
Naranjo, Sole beneficiary of the
JOSE L. NARANJO. Cestui Que
Vie Trust,
Surety and Third Party Interest intervener.

2/11/20

Fradulent and void Proceeded Procedures of
Crim. No. 93-CR-000418 (TFH)
Mandatory Judicial Notice
Demand for immediate Subrogation and
exonoration and vacate void and Fraudulent
prejudice judgment The lack the Underwri-
TING WARRANT, That is in Violation of Lieber
Code Article 46 and Amendments,
Assignment of Reversionary Interest to The
Secretary of Treasury, Hearing date:
10 day of February , 2020.
Common-Law - Copyright date 30 day of
January 2020.
INTERNATIONAL Number: 7018-1830-0001-
4617-4687.

<u>MANDATORY JUDICIAL NOTICE IGNORE AT YOUR OWN PERIL</u>

I am a de jure Private Native-born American National, a Sovereign inhabitant as
identified in Article IV, Section 2 of the Constitution for The United States of America;
"Not a 'federally owned U.S. citizen', i.e., esp. "Not a specially created 14th Amendment
citizen." As such, I am entitled to an Article III Court of Constitutional Justice, Because
This U.S. Federal legislative Court in District of Columbia in Case No. 93-CR-000418 (TFH)
fradulent and void prejudice proceeded procedures had intentionally under Violation
and fraud lacks subject matter jurisdiction over Article IV, Section 2 Sovereigns of
The States. That is a political determination which only I can make, and <u>NO</u> judge
has the judicial authority to make for me. As is Affirmed herein, I —
<u>Jose Luis Naranjo Sierra</u> © /JOSE L. NARANJO © a private Native born American
National, NON-U.S. citizen, and-inhabitant in District of Columbia, The defendant-in-error,
Sui juris, comes now as the Subrogee, requiring Mandatory Judicial Notice of the
Attached discharge of This Case, 93-CR-000418 (TFH) "Assignment of Reversionary Inte-
rest To The United States Secretary of Treasury, and the United States (law itemized)
herein below pursuant to rules of evidence 902-Evidence That is Self-authenticating
and listed under Statutes at large as follows;

<u>STATUS AT LARGE</u>
1). 62 STAT. 696 [18 U.S.C. §242].
2). 38 STAT. 265 [12 U.S.C. §411]
3). 40 STAT. Trading with The Enemy Act [12 U.S.C. §95a (2)]
4). 32 STAT. 1803 Hague Treaty Series 403, Articles 43 & 55.
   (INSURRECTION and Rebellion)
5). 22 STAT. 940 Treaty Series 377 International Red Cross Convention 1864...
6). Lieber Code general orders 100, Articles 32 & 38
7). Law of Nations Book I, 192 & 196
8). 18 U.S.C. 2383

FEB 10 2020

— 1 of 4 —

Acknowledge the Instructions as follows:

## PRIVATE APPOINTMENT OF TRUSTEE

The undersigned defendant/Movant, being over the age of 18 and competent to appoint by private appointment his own "Trustee" does so within this document and in accordance to the rules of evidence Rule 902-Self-Authenticating Evidence of the Person Named herein below:

#1.) STEVE MNUCHIN, SECRETARY of TREASURY      )   Private Appointed as
DEPARTMENT of TREASURY at 1500                )   Trustee of "usufruct Trust"
PENNSYLVANIA AVENUE N.W., ROOM 2134           )
WASHINGTON, DISTRICT of Columbia 20220-1500   )

Mr. Steve Mnuchin, Trustee, you hereby privately appointed as the Trustee for Jose L. Naranjo/Jose Naranjo cestui que vie Trust, and in the case: 93-CR-000418 (TFH). Your specific duties are that of the following of "Trust law" under Executive Order 31 U.S.C. 321 E.O. 12958, 60 FR 19825, E.O. 13292, 68FR15315 general authority of the Secretary of the Treasury; Section 2.1, Processing of Mandatory declassification review requests the information is not exempt from search and review under Section 105c, 105D, or 107 of the National Security Act of 1947 (50 U.S.C. Section 431, 432, and 432a) [50 U.S.C. §§ 314-3143]

#2.) NOTICE OF ASSIGNMENT OF REVERSIONARY INTEREST BY SPECIAL DEPOSIT PURSUANT TO 12 U.S.C. § 95a (2) FOR FULL ACQUITANCE AND DISCHARGE immediately "UNDER THE VIOLATIONS of the Fraudulent and Prejudice U.S. District Court Persons of THE DISTRICT of Columbia That They did under Their underwriting warrant in violation of Liber Code Article 46," and under their violations That They did versus the Constitution and the Amendments for we the people of the U.S.A. law in Case No. 93-CR-000418(TFH). proceeded fraudulent prejudice void procedures since 2009 as are described, affirmed in my law claim and my law affidavit both dated ____ day of _____, 2019, That are in Support of This Demand for immediate Subrogation and Exoneration and Vacate the Void and fraudulent prejudice judgment of Case: 93-CR-000418 (TFH).

_____

Dear Secretary of the Treasury: For the value received, in Criminal Case: 93-CR-000418 (TFH), The undersigned does deliver, assign and transfer as a special deposit unto the United States Treasury all the shares of preferred and Common stock of the Fraudulent void-Criminal Case above standing in the name (or names) of Jose Naranjo/Jose L. Naranjo, DOB: 09/25/1944 and does grant, convey and release the reversionary interest in the attached document known as the "Judgment and Commitment and the Social Security account: Jose L. Naranjo SS# 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 to or for the account of the United States as a pledge to the Social Security account created pursuant to subdivision of Title 50

— 2 of 4 —

U.S.C. § 4305 Appendix 5b, 12 U.S.C. 95a (2) with intent, and purpose for a full acquittance and discharge for all purposes of the obligation of the grantor/subrogee; and, That said Conveyance is done in good faith without recourse to the grantor relying on said Subdivision during the administration of the conveyance. I Jose L. Naranjo © private Native-born American National Never in life have intended to abandon My property. Therein, I surrender the usufruct pursuant to 12 U.S.C. §95a (2). As My Trustee(s), and pursuant to our contract, which is B.U.S.C. §95a (2) You are Now Instructed and obligated under the law of the U.S.A. Constitution For We The People. "To pay without delay immediately," and immediately discharge all financial obligations of Jose L. Naranjo, ACCOUNT No. 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 ESTATE." You have (3) calendar working days from the date that you receive this Demand demanded in this document to return without delay My property.

YOUR RESPONSIBILITY: Enclosed herein, is a debt obligation(s) which I, Jose L. Naranjo © am Presenting to this your office for Full acquittance and discharge pursuant To 18 U.S.C. §8. This is U.S. law, and you are under the law required to enforce it. I realize the creditor will be in Insurrection and Rebellion if he/she fails to discharge The Judgment debt and release (me i.e. Jose L. Naranjo © the sovereign, from all further obligation, but unless he/she is ordered to do so by your office, he/she will ignore it, so as the director of the agency in charge of discharging the obligations, and pursuant To your Oath of office, it is your duty To enforce these laws, or you will be in insurrection and rebellion, and dereliction of duty.

I, Jose L. Naranjo © Now demand, That my property be delivered to me immediately, as I am the holder in due course of the certificate of title of said goods.

Send your order of discharge To: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, at 333 CONSTITUTION AVENUE, N. W., WASHINGTON, D.C. 20001   IN re to criminal Case No.

In the event you fail in your duty to inform the creditor listed above, please send to me the proper claim form which is mentioned in 50 U.S.C. Section 4309 - Claims to Property Transferred to Custodian; Notice of claim; filing; return of property; Suits to recover; Sale of claimed Property in time of war or during - National emergency.          L. S. - Thumb Print verified

Respectfully Submitted,
Jose Naranjo
Agent without recorse/non-negotiable
autography, Sui juris, private born -
Native American National Non "U.S.
Citizen" beneficial/owner & first
Lien holder of Jose L. Naranjo
Estate.



Encl: Copy of criminal Case for special) deposit of Reversionary Interest as a copy of debt obligation for acquittance & discharge.
Sum certain of : $4,500,000.00 Dollars, in Social Security ACCOUNT No. 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.

<u>WITNESSES:</u>



1. Isd _____   Date: 2/1/20

2. H _____   Date: 2/01/2020

3. H _____   Date: 02/1/2020


"<u>CERTIFICATE OF SERVICE</u>"

The undersigned) hereby certifies That service of process was made Throughout the "United States Postal Service" [contract] "as displayed to be Mailed out on This ___1___ day of ___February___ ; 2020, To:

1). United States Secretary of Treasury, Steve Mnuchin, Secretary of Treasury, 1500 Pennsylvania Avenue, N.W., Washington, DC 20220-1500, Certified Mail receipt # 7015-7030-0002-3577-9620 _____ .

2). To: Esquire chief head leader of USDC Provost Marshals Investigation Team, at: 2043 Barnet Avenue Marine Corps Base Quantico, VA 22134, Certified Mail receipt # 7018-1830-0001-4617-4694 _____ .

3). To: U.S. District Court personnel Involved in void Fradulent Case No. 93-CR-000418 (TFH) , Office of the clerk- 333 Constitution Avenue, N.W., Washington, DC 20001 , Certified Mail receipt # 7018-1830-0001-4617-4687 _____ .


H José Naranjo
José L. Naranjo © Reg. No. 21431053
FCC Coleman USP#2 - P.O. Box 1034
Coleman, FL 33521



district Court of the United States in cure of
The United States District Court of The District
of Columbia .

Jose-Luis: Naranjo © Jose-Luis: Naranjo-Sierra ©

COMPLAINANT

OF Unconstitutional UNLAWFUL No: 93-CR-000418(TFH) and Under
Case of The Federal District Court of New York No. 6:78-000462-1;
79-CR-257(5-1); Federal District of North Carolina No. 82-204-01;
CR-83-16-07-G, all UNCONSTITUTIONAL.

United states for America and
U.S. District Court of COLUMBIA, T.F. HOGAN; and all other Magistrates
That directly participated or, defendant under their unto personal and office
capacity and magistrats involved in cases above.

" Grievance procedure under the Amendment 1 of bill of Rights."
" complaint rebutling The unconstitutionally unlawful orders of
  T.F. Hogan ———— and all Magistrates who
have ———————— filed on any denial of relief and
notifying That my-godly Name" has been and is Copyright, and demands
relief.

Sovereign JOSE-LUIS: Naranjo ©am hereby in propia persona with
this complaint to request and demand for respect and Honor and obey—
The united states of America Constitutional law. Acknowledge the following
constitutional lawful actual issues and facts, herein In this complaint the
complainant reminds this Court That The Complainant sets the jurisdiction
of the Court with his pleading and This Suit, the complainant sets the
jurisdiction within The Constitutional by Article III authority and This
Suit is filed in the "district court of The United States" which is an Article
III Court pursuant to The Constitution for The united states of America"

   1. Defendants have attempted to change the nature of the jurisdiction of
The court by filing their motion and orders in The "district court of The
United States", which is a totally different court NOT The same court;
has a totally different jurisdiction, and Therefore, "The Defendants' Motion
and orders are NULL and VOID as being filed in The wrong court," and This court
MUST HONOR and respect This jurisdiction in to which The complainant paid in
forma pauperis and filed, #1. IN Balzac v. People of Puerto Rico, 258 U.S.
298 (1922) #2. chief Justice William Howard Taft explains That: The United
states District Court is [NOT] a True United states Court established under

Article 3 of the Constitution to administer the judicial power of the United States therein conveyed. #3- It is created by virtue of the sovereign congressional faculty, granted under article IV, Section 3 of that instrument, of making all needed rules and regulations respecting the territory belonging to the United States. The resemblance of its jurisdiction to that of the United States courts, in offering an opportunity to nonresidents of resorting to a tribunal not subject to local influence, does not change its character as a mere territorial court. #4. Chief Justice Charles Evans Hughes clarifies the distinction between "United States District Court" and "District Court of The United States" in Mookini v. United States, 303 U.S. 201 (1938), The Term "District Court of The United States," as used in the rules, without an addition expressing a wider connotation, has its historic significance, it describes the Constitutional courts created under article III of the Constitution. Courts of the territories are legislative Courts properly speaking, and are not District Courts of the United States. We have often held that vesting a territorial court with jurisdiction similar to that vested in district courts of the United States does not make it a "District Court of the United States." #5. Associate Justice John Paul Stevens in Nguyen v. United States, takes these precedents and creates Article III United States District Courts: Moreover, we do not read the designation statute without regard for the "historic significance" of the term "United States District Court" used in Title 28. Mookini v. United States, 303 U.S. 201, 205 (1938). ("Without an addition expressing a wider connotation," that term ordinarily excludes Article IV Territorial Courts, even when their jurisdiction is similar to that of the United States District Court created under Article III (Ibit) see also Summers v. United States, 231 U.S. 92, 101-102 (1913). (The Courts of the territories may have such jurisdiction of cases arising under the Constitution and laws of the United States as is vested in the circuit and district courts, but this does [not] make them circuit and district court of the United States"). #6. The Term "United States District Court" does not appear in Mookini v. United States, 303 U.S. 201 (1938). The "historic significance" is of the term "District Courts of the United States" not United States District Courts. #7. The U.S.D.C. is not even an Article I court, as agencies are outside of the government. The Constitutional origin of the USDC is a Territory clause at 4:3:2 (inside the government!) See American Insurance V. 356 Bales of Cotton and Balzac v. Puerto Rico as two stellar examples. One of the great Masters of the Constitution Chief Justice John Marshall, writing in the year 1828, Justice Marshall makes a very clear distinction between judicial courts authorized by Article III and legislative (Territorial) courts, "authorized by Article IV. Marshall even utilizes some of the exact wording of Article III to differentiate those courts from Article III "Judicial Power" courts as follows:

*These [Territorial] Courts Then, are NOT Constitutional Courts in which the Judicial Power Conferred by The Constitution on the general government can be deposited. They are Incapable of receiving it, They are legislative Courts, created in virtue of the general rights of sovereignty which exists in the government, or in virtue of this clause which enables Congress to make all needed rules and regulations respecting The Territory belonging to The United States, The Jurisdiction with which They are invested is Not a part of The Judicial power which is defined in the 3d article of the Constitution, but is Conferred by Congress, in the execution of those general powers which that body possesses over the Territories of The United States," Although admiralty Jurisdiction Can be exercised in The States in Those Courts only which are established in pursuances of The 3d article of The Constitution, The Same Limitation does' Not extend to The Territories— In legislating for Them" Congress exercises The combined powers of the general and of the State government; [American Insurance Co. v. 356 Bales of Cotton] [1 Pet 511 (1828)] (Emphasis added).

Though The Judicial system set up in a Territory of The United states is a part of Federal Jurisdiction, The phase "Court of The United States," when used in a Federal statute, is generally construed as Not "Territorial Court," See Balzac v. Puerto Rico, 258 U.S. 298 at 312 (1921), 42 Ct. 342, 66 L.Ed. 627.

#8. Complainant demands an Constitutional Jurisdiction in the Article III Court and if The Court Cannot comply with The Constitutional Jurisdiction in Article III Court, and if This Court comply with The Constitutional Jurisdiction Contacted for, "Then your Codes allow This Court To Transfer This Matter To a Court which can hear an Constitutional Jurisdiction", Complainant understands The Federal Circuit Court can hear Matters of The Constitutional Private American Nationals. Otherwise The Court will please instruct The defendants To keep Their pleadings in The Constitution, "In The District Court for The United States, or be in default.

#9. For a Judge To have immunity, he Must be able To PROVE The Court has Subject Matter Jurisdiction and That he was operating in a Judicial Capacity For a Judge To say "I have Jurisdiction" is just an allegation, Not proof, Jurisdiction has To be proven by The evidence That is already on The record of The defendant(s) Court," and They Can't prove it because There is No evidence of Jurisdiction on The record of The Court.

#10. Complainant has been Trying to get T. F. Hogan and [any] Magistrate involved in These unconstitutional Cases above in first page "To prove he/she had Jurisdiction" for a very Long Time Thus administrative remedy to which The defendant(s) defaulted, because They Can't prove Jurisdiction, So They avoid The issue of proof and just claim immunity, but Complainant demands the proof of Jurisdiction, and proof The Judges were operating in Their Judicial Capacity, which is impossible when enforcing statutes.

#11. Defendant(s) have not denied Complainant due process when they failed to uphold the 6th Amendment requirements to be told the nature of the jurisdiction, "if Defendant(s) cannot prove they did not deny Complainant his due process rights, and they did not plead and did not prove the court had subject matter jurisdiction, and they can't prove the judges were operating in a judicial capacity when enforcing statutes, can Defendants possibly think they have immunity?

#12. SUBROGATION and EXONERATION. Defendants U.S.D.C. INC. are not immune from a suit for subrogation, this will latter be brought up if all the above is not acted on properly. Complainant has the evidence to show his conviction was in commerce. First, the U.S.A. INC. deals only in feal currency, and all the statutes are commercial in nature, requiring a fine. I could direct this court to the U.S.A. INC. by laws at [27 CFR 72.11] wherein the U.S.A. INC. claims crimes are commercial, and then I could direct this court to Dun and bradstreet where the U.S.A. INC. is listed as a for-Profit corporation, Complete with FIN's, DUNS numbers and CAGE codes [Commercial and government entity number issued by the Defense Logistics Information Service of the Department of Defense] showing U.S.A. Inc. is operating in Commerce, for Profit. I can even show this court even receives an income stream from every conviction, which is a huge conflict of interest. I have got all of this if needed.

#13. By the Constitution and equity will not suffer a wrong to be without a remedy.

#14. The defendants had no contract entered into evidence in case(s) No. 93-CR-00418-(TFH)(District of Columbia); C:78-00046-01 (District of New York); 79-CR-257(5-1) (District of New York); 82-204-01 (District of North Carolina); CR 83-16-07-G (District of North Carolina) all of ____ which bound the Complainant in the Plaintiffs statutes, thereby failing to invoke the Courts statutory subject matter jurisdiction

#15. Defendant(s):                                                    T.F. Hogan
— and Magistrats agents involved did not inform the Complainant of the nature of the Courts jurisdiction [whether common law or admiralty], thereby violating due process.

#16. Defendants misapplied the statute to the man accused, who is not named in the statute, thereby failing to invoke the Courts statutory jurisdiction.

#17. The judgment is void, defendant(s) do not have immunity, the U.S.A. is not operating in a Constitutional Sovereign capacity, and therefore no "waiver of immunity" is necessary.

#18.                                                    T.F. Hogan and
Magistrats Corporation agents and officials involved in "case(s)" above had and acting in this case or under this fictious case of the STATE of New York's federal case No. C:78-00046-01; 79-CR-257(5-1); federal district court of the STATE of Carolina's case No. 82-204-01; and case No. CR-83-16-07-G ____ unlawful acts in the matters that concern my life, violating my civil and Constitutional Laws, since they initiated the case(s) above on 1993. ____ under bias and prejudice acts under threat, distress and coercion (TDC), pursuant to U.C.C. 1-103; U.C.C. 2-302.1; and U.C.C.-608. T.F. Hogan, orders dated and filed on 07/26/1993 of the sentencing document

NOTE: "The following definition of sovereignty is from Bouvier's 14th edition law Dictionary (quoting from 4 Wheat, 402):

"It was justly, thought a Matter of importance to determine from what source the United States derives its authority ... The question here proposed is whether our bond of Union is a compact entered into by the state. Or whether the Constitution is an organic law established by the people. To this we answer: We the people... ordain and establish this Constitution... the government of the state had only delegated power (from the people) and even if they had an inclination, they had no authority to transfer the authority of the sovereign people. The people in their capacity as sovereigns made and adopted the Constitution; and it binds the State government without the State's consent. The United States, as a whole, therefore, emanates from the people and not from the states, and the Constitution and laws of the States, are subordinate to the United States Constitution and the laws made in pursuance of it.

The people are the fountain of sovereignty. The whole was originally with them as their own. The state governments are but trustees acting under a derived authority and had no power to delegate what is not delegated to them. But the people, as the original fountain, might take away what they have lent and in trust to whom they please. They have the whole title, and as absolute proprietors, have the right of using or abusing—jus utendi et abutendi. It is a maxim consecrated in public law as well as common sense and the necessity the case that a sovereign is answerable for his acts only to his God and his own conscience ... There is no authority above a sovereign to which an appeal can be made."
4 Wheat, 402 (Bouvier's 14th ed. law Dictionary: "Sovereignty").

#33. "The Congress cannot revoke the Sovereign power of the people to override their will as thus declared." Perry V. United States, (1935) 294 U.S. 330, 353.

NOTE: The above points and authorities are not exhaustive and additions can be added at any time.

"A SOVEREIGN IS ANSWERABLE ONLY TO GOD AND CONSCIENCE"

CAVEAT

That T.F. HOGAN and Magistrats * upon receipt of this Memorandum of law on sovereignty of the People with points and authorities [via Certified Mail #          - Notice and demand is made upon you to review and respond to the above Memorandum and each 'point' and 'authorities' as enumerated above and documented upon the public record, by certified, U.S. Mail to the 'Sovereign' as addressed below or to the notary address as indicated below, within 15 days upon receipt of this Memorandum, allowing up to three (3) days grace for return Mail delivery.

Failure to do so, by ac either a 'public servant' who by 'Oath of office or duty as an 'officer', 'agent', or 'employee' of a government created corporation, municipality, etc... and/or by and through your 'position', 'office' or 'superior knowledge of the law' will place you in default, and the presumption will be taken upon the private and public record that you and your office fully agrees to the 'points and authorities' contained within this memorandum and that the 'points and authorities' are true, correct and certain. (F.R.C.P. 8d)... and that one of the 'We the People' as named below and his/her seal/signature is sovereign within the collective capacity of said WE THE PEOPLE and possesses true sovereign power.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

Dated this __1__ day of __February__ month of 2020.

Respectfully, sovereign __Jesse Maranjo__

. . . . . . . . . . . . . . . . ., secure party, sui juris, one of the sovereign people, a private man on the land, non-combatant, an American by birth, a child of the living God, Grantor, secured Party/Creditor and Principal of which rights existed long antecedent to the organization of the state and Trustee.

    " For all Communiqué's elsewhere "

Mail response to Notary AT; FCC Coleman USP#2- P.O. Box 1034 Coleman, Florida 33521

NOTE: You are part of the sovereign authority, in a collective capacity, you can become 'Head-of-State' in your individual capacity and step into the position of one of the sovereigns and your role of responsibility as intended from time past. As stated in scripture. We are the kings and priests of Israel (man ruling with God). It is your history and destiny to assume that power of sovereignty. For more information send a request for the International Sovereigns Association's Information packet to the American's Bulletin/

Citizen/Principal, by special appearance, in propia persona, proceeding Sui juris, with assistance, special sworn, subscribed, and affirmed to this __1__ day of __February__ _____, 2019, being kidnapped man, and unable to pay for the corporation contracted Notary Public services, and considering that the contracted Notary Public services are often withheld from prison or not timely available; _and being that two or more witnesses are the equivalent to_ a contracted Notary Public services enclosed is a properly witnessed signature and two other identifying documents dated __2/1/20_____ that will identify my identity. CC: File    — 6 of 7 —

_WITNESS SIGNATURE_

Rodolf~G : Ortiz ©
_Printed Name_

_WITNESS Signature_

Juan Contraras
_Printed Name_

CERTIFICATE OF SERVICE AND NOTICE

L.S. - Thumb Print Verified

CERTIFIED MAIL NUMBER: 7018-1830-0001-4617-4687

I, Jose L. Naranjo. © Under the penalty of perjury, pursuant to 28 U.S.C-§ 1746, state that I have mailed the above Referenced Memorandum of law with points and authorities on 'Sovereignty, of the people' as indicated, by depositing them into the international Mail System at the prison were -is- for processing in the U.S. Postal Mail Box by prison staff, in accordance with HOUSTON v. LACK, 487 U.S. 266,275-76 (1988) ON This ___1___ day of February 2020.

Without Prejudice ⊬ Jose Naranjo ©
FCC Coleman USP#2

Mailed To: THE UNITED STATES DISTRICT COURT OF South Florida - MIAMI Division-
OFFICE OF THE CLERK
333 CONSTITUTION AVENUE, N.W.,
Washington, DC 20001
or anybody or everybody that is involved in the case(s)
above in the first page.

"NOTICE" : IF YOU and This DISTRICT Court don't Comply with the demands herein, I am demanding that this DISTRICT Court grant immediate agree-ment of this Court to proceed this Case in the ELEVENTH Circuit Court.



MEMORANDUM OF LAW WITH POINTS AND AUTHORITIES TO AFFIRM AND SUPPORT THE COMPLAIN REBUTTING THE ABUSE OF DISCRETION AND ORDERS OF T. F. Hogan dated and filed on 7/25/1995, The Sentencing (Judgment of Conviction) document, [Case No. 93-CR-000418 (TFH).

FROM: Sovereign Jose Luis Naranjo. © Under These UNCONSTITUTIONAL Unlawful Void Case(s) No.93-CR-000418(TFH), using Federal New York District Court Case(s) No.6:78-0004b-01; 79-CR-257(SJ); federal District Court of North Carolina Case No(s). 92-204-01; and, CR-83-16-07-G.

Certified Mail Number #7018-1830-0001-4617-4687 .

" MEMORANDUM OF LAW WITH POINTS AND AUTHORITIES "
on "sovereignty" of the people, IN Relation to "Government" of the several compact-de-facto states and Federal Government.

To: T. F. Hogan—— and any other state and Federal agents or officials involved in Case(s) above and to the UNITED STATES District Court, all under their personal and office capacity.

TO-whom these presents shall come; Greeting; take notice, that: It is well understood fact of American history history that the Most dynamic document that set the course of America "is the declaration of Independence." It was/is the document that disclosed the Tyranny of English government, "it expressed the 'elements' of the 'rights of men' within any society, and that "all men are created equal" the declaration of independence stipulated the chain of authority within "government" and of the obvious fact that the people "created" "government." That it was the people, who instituted government and in so doing, the people "secured these rights" and that government [at every level] derives their "just powers from the consent of the governed."

It also, a well established fact that the people did not give up all of their 'power' to government(s). Therefore, the people are above the "creature(s) they created [government] and that those who work for [in government(s) are "public servants" and have placed themselves in a subservient position, to serve the people within their function/office/position via their "oath of office."

In regards to the principles established in the declaration of independence and the subsequent 'constitution' written and created after it, and of the true sovereignty, a written constitution "is not only the direct and basic expression of the sovereign will, it is also the absolute rule of action and decision for all departments and offices of government with respect to all matters covered by it and proceeding under it, and it must control as it is written until it is changed by the authority which established it. (The People)" For reference see; State ex.rel. Crenshaw v. Joseph, 179 Ala. 579, 57 So. 942 ; Schmitt v. V.F.W. Coo Brewing Co., 187 MD. 623, 120 N.E. 19, 3 A.L.R. 270; Collins V. Martin, 209 Pa. 388, 139 A. 122, 55 A.C.R. 311; Travelers' Insurance Co. V. Marshall, 124 Tex. 45, 76 S.W. 2d 1007, 96 A.L.R. 802; State ex rl. Lemp v. Langlie, 45 Wash. 2d 82, 273 P.2d 464;

... and TAKE NOTICE of the following case(s) and point:

#1. "For when revolution took place the people of each state became themselves sovereign" Martin et al v. The lessee of Waddell, (1842) 41 U.S. [16 Pet] 367, 410, 10 L.ed 997, 1013.).

#2. "The [STATE] CONSTITUTION is the supreme law, written by the supreme power of the state, the people themselves." Re Gorham-Fayette local school Dist. 20 Ohio Misc. 222, 49 Ohio Ops. 2d 143, 250 N.E. 2d 104; State ex rel. Weinberger v. Miller, 87 Ohio St. 12, 99 N.E. 1078.

#3. "The CONSTITUTION is the voice of the people speaking in their sovereign capacity, and it must be heeded; when the CONSTITUTION speaks with reference to a particular matter, it must be given effect as the paramount law of the land." People v. Parks, 58 Cal. 624.

#4. "Sovereignty itself is, of course not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, Sovereignty itself remains with the people, by whom all government exists and acts. And the law is the definition and limitation of power." Yick v. Hopkins, 118 U.S. 356.

#5. "Under our system the people, who were there [in England] called subjects are - here the sovereign ... Their rights, whether collective or individual, are not bound to give way to a sentiment of loyalty to the person of a monarch. The citizen here [in America] knows no person, however in years to those in power, or however powerful himself to whom he need to yeld the rights which the law secures to him ..." United States v. Lee, 106 U.S. 196 at 208.

#6. "Here [in America] sovereignty rests with the people." Chisolm Ex'r. v. Georgia, 1 L.ed (2 Dall) 415, 472.

#7. "It is true that at [English] common-law the duty of the Attorney General was to represent the King, he being the embodiment of the State. But under the democratic form of government now prevailing the people [are] King, so the Attorney General's duties are to that Sovereign rather than to the machinery of government." Hancock v. Carry Alcorn Mining Co. Inc., Ky., 503 S.W. 2d 710, Kentucky Constitution section 4, Commonwealth Ex rel. Hamcock v. Paxton Kentucky, 516 S.W. 2d page 867(2) clause 3.

#8. "local laws or ordinances enacted by a city must be consistent with the state constitution." Bell v. Vaughn, 155 Fla. 551, 21 So.2d 31, Evans v. Berry, 262 N.Y. 61, 186 N.E. 203, 89 A.L.R. 387.

#9. "It is the duty of all officials, whether legislative, judicial, executive, administrative, or ministerial, to so perform every official act as not to violate constitutional provisions." Montgomery v. State, 55 Fla. 97, 45 So. 879.

#10. "The provisions of the constitution must be given effect even if in doing so a statute is held to be inoperative." State ex rel. West v. Butler, 70 Fla. 102, 69 So. 771.

#11. "The constitution was made not to act upon the legislative department alone, but upon every department of the government." Way v. Hillier, 16 Ohio 105.

#12. "Courts should not tolerate or condone disregard of law and arbitrary upsurpation of power on the part of any officer." [AND NEITHER SHOULD THE PEOPLE] Ex Parte Owen, 10 Okla. Crim. Rep. 284, 136, P 197, Ann Cas 1916 A 522.

#13. "The officers of the law, in the execution of process, are obligated to know the requirements of the law, and if they mistake them, whether through ignorance or design, and anyone is harmed by their error, they must respond in damages." Rosters v. Harshall, (United States use of Rogers v. Conklin) 1 Wall, (US) 644, 17 L.ed 714 (emphasis added).

#14. "It is a general rule that an officer - executive, administrative, quasi-judicial, ministerial, or otherwise - who acts outside the scope of his jurisdiction and without authorization of law may thereby render himself amenable to personal liability...." *Cooper v. O'Conner*, 69 App DC 100, 99 F.2d 135, 118 ALR 1440; *Chamberlain v. Clayton*, 56 Iowa 331, 9 N.W. 237, 41 Am Rep 101.

#15. "If a public officer authorizes the doing of an act not within the scope of his authority, he will be help liable." *Bailey v. New York*, 3 Hill [NY] 531, 38 Am Dec 669. Affirmed in 2 Denio 433.

#16. "[I]n our country the people are sovereign....and the government cannot sever its relationship to the people...." *Ahoyim*, 387 U.S. at 257, 87 S.Ct. at 1662.

#17. "In common usage, the term "person" does not include the sovereign, and statutes employing it will ordinarily not be construed to do so." *U.S. v. United Mine Workers*, 330 U.S. 258 (1947), 91 L.Ed 884, 67 S.Ct. 667.

#18. "Since in common usage, the term person does not include a sovereign, statutes not implying the phrases are ordinarily construed to exclude it." *1 U.S.C. 1, N.12*, *United States v. Fox*, 94 U.S. 315

#19. "Where rights secured by the Constitution are involved, there can be no rule making of legislation which would abrogate them." *Miranda v. Arizona*.

#20. "...The Congress cannot revoke the sovereign power of the people." *Perry v. United States*, 294 U.S. 330, 353 (1935).

#21. "There is no such thing as a power of inherent sovereignty in the government of the United States. In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld." *Julliard v. Greenman*, 110 U.S. 421

#22. "All that government does and provides legitimately is in pursuit of its duty to provide protection for private rights, *Wynhammer v. People*, 13 NY 378, which duty is a debt owed to its creator. We the people and the private unenfranchised individual; which debt and duty is extinguished not discharged, and is perpetual no matter what the government provides for us in manner of convenience and safety. The unenfranchised individual owed nothing to the government." *Hale v. Henk*, 201 U.S. 43 at 73.

#23. "Under our form of government, the legislature is not supreme. It is only one of the organs of that absolute sovereignty which resides in the whole body of the people; like other bodies of the government, it can only exercise such powers as has been delegated to it, when it steps beyond that boundary, its acts.... are utterly void." *Billings v. Hall, 7 CA 1* (court of Appeals, U.S.)

#24. "We the people have discharged any debt which may be said to exist or be owed to the state or government. The governments are, however, indebted continually to the people, because the people (the sovereigns) created the government corporation and because we suffer its continued existence, the continued debt owed to the people is discharged only as it continues not to violate our private rights and when government fails in its duty to provide protection - discharge its debt to the people, it is an abandonment [an injury] of any and all power, authority or vestige of 'sovereignty' which it possessed, and the laws remain the same, the sovereignty reverting to the people whence it came." *Down v. Bidwell*, 182 U.S. 277.

#25. "The individual may stand upon his Constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business or to open his doors to investigation... He owes no duty to the state since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land, long antecedent to the organization of the state and can only be taken from him by due process of the law and in accordance with the Constitution. He owes nothing to the public as long as he does not trespass upon their rights." Supreme Court, Hale v. Henkle, 201 U.S. 43 at 74.

#26. "The people, or the sovereign are not bound by general words in statutes, restrictive of prerogative rights title or interest, unless expressly named. Acts of limitation do not bind at the king nor the people. The people have been ceded all the rights of the king, the former sovereign... It is a maxim of the common law that when an act of parliament is made for the public good, the advancement of religion and justice, and to prevent injury and wrong, the king shall be bound by such an act, though not named; but when a statute is general, and prerogative rights, title or interest would be divested or taken from the king (or the people) in such case he shall not be bound." The People v. Her Kimer, 15 American decisions 379-4 Cowen N.Y 345, 348 (1825).

#27. The Supreme Court in the case of Wills v. Michigan State Police, 105 L.Ed. 2d 45 (1989) made it perfectly clear that the sovereign cannot be named in any statute as merely a "Person", or "any Person". [Affiant am a member of the sovereignty as defined in Yick Wo v. Hopkins, 118 U.S. 356 and The Dred Scott Case, 60 S. 393.]

#28. "Sovereignty itself is, of course, not subject to law for it is the author and source of law." Yick Wo v. Hopkins, and Woo Lee v. Hopkins, 118 U.S. 356.

#29. "The law subscribes to the king [in America, the people] the attribute of sovereignty; the is sovereign and independent within his own dominion; and owes no king of subjection to any other potentate upon earth. Hence, it is, that no suit or action can be brought against the king, even in civil matters, because no court can have jurisdiction over him; for all jurisdiction implies supremacy of power." Chisholm v. Georgia, 2 Dall. 419, 458.

#30. "People of a state are entitled to all rights which formerly belonged to the king by his prerogative." Lansing v. Smith, 4 Wend. 9, 20 (1829).

#31. "In Europe, the executive is synonymous with the sovereign power of the state... where it is too commonly acquired by force or fraud, or both... In America, however, the case is widely different. Our government is founded upon compact. Sovereignty was, and is, in the people." Glass v. The Sloop Betsy, 3 Dall 6 (Dall, U.S. Supreme Court Reporter).

#32. "In the United States the people are sovereign and the government cannot sever its relationship to the people by taking away their citizenship." Afroyim v. Rusk, 387 U.S. 253 (1967).

"are MOOT AND VOID" as all The orders and decisions That had been made
by actions of T. F. Hogan and all
Magistrats agents in These case(s) above are and had been Moot and Void.

#19. I, Jose-Luis: Naranjo Sierra © am hereby in propia persona, To affirm That
constitutionally lawfully I am a jure private, Native-born American National,
a Sovereign inhabitant as identified in Article IV, Section 2 of the Constitution for
The United States of America, "Not a federally owned U.S. Citizen," i.e., esp. "Not
a specially created 14th Amendment citizen." That I am one of the people of The USA
Land, I am hereby with affirmations with explicit reservation of all of My
UNALIENABLE RIGHTS, acknowledge My affirmations of my "AFFIDAVIT" ; CERTIFICATE
CITIZENSHIP" as me being under the Constitutional article III authority where I
have To be released from The U.S. Penitentiary's being actually innocent on the uncons-
titutional unlawful hag procedurals of ——————— T. F. Hogan ———————
—————— and Magistrate agents in These case(s) above.

#20. I, JOSE-LUIS: Naranjo © Under the Nature of the status of the facts affirm it herein,
I affirm That in True fact all The actions of T. F. Hogan
and Magistrats involved in The case(s) above, "Never in life had, Nor have Constitutionally
lawfully bonded The Complainant by The Corporation agent U.S. attorney as is described it
That is required by law." #2, Never in life any of you had, Nor have a Constitutionally
lawfully indictment, Nor Arrest Warrant on 1993, To indict and arrest Constitutionally
lawfully Jose-Luis: Naranjo © and    , acknowledge That your court don't prove,
Nor affirm That any of these 3-documents were put or placed in archives of The
docket court records, and Complainant never received, Nor had seen any of those
3-documents in life, and when was requested was denied by your Court. These
facts proves That on 2009 I was Never arrested, but That I was kidnapped by
only one state officer in behalf of your federal agents Corporation UNCONSTITUTIONALLY.

#21. These facts are To affirm and prove all The issues and facts presented herein
above and below, please acknowledge The truth facts of AM. Jure out of Book, juris-
prudence 1995 Ed. 4 AMJ 2d. read it and acknowledge it That affirms Appearance read
in Book 4 AMJ 2d § 1., "APPEARANCE"
§1. Definition
§2. General or Special
§3. Abolition of distinction
§4. Withdrawal of appearance
Read completely The pages from pages of Sentencing documents
The Special appearance were The U.S. District Court has "NO" Subject Matter Jurisdiction
To hear My case, and by Not giving me a Notice at The very beginning on This case
No. 93-CR-000418 (TFH), and all Magistrates involved in This case also
being under The Constitutional laws, Article III authority", which shows and
affirms That T. F. Hogan who was and is involved in This case
and Magistrats agents involved in This case No. 93-CR-000418 (TFH) with Their
U.S. attorneys any of you Never had, Nor have Constitutional Jurisdiction
over to even hear This case No. 93-CR-000418 (TFH).

"DEMAND FOR IMMEDIATELY RELIEF"

#22. I, Jose-Luis : Naranjo © am hereby in propia persona demanding
of T.F. Hogan who was and is directly involved, and Magis-
trats agents involved in This Moot void Case No. 93-CR-000418(TFH) "To Cons-
titutionally lawfully point by point Rebutt every issue(s) and facts affirmed
in This Complaintant Complaint or To immediately Release Jose Luis Naranjo
To The U.S.A. streets without Prejudice!" If you don't comply with any of these
Demands on one month from The date That you receive This Complainant Complaint
will be Taken under "international default" by all of you and by U.S. District
Judge T.F. Hogan and all Magistrates involved in This action.
Sincerely, submitted by, Jose-Luis : Naranjo ©
without prejudice, Jose-L: Naranjo- © Jose L. Naranjo-Sierra ©
under T.D.C. Jose L. Naranjo ©
Reg No. 21431053   aT: FCC Coleman USP #2, Florida

Citizen/Principal, by special appearance, in propia persona, proceeding
Sui juris, with Assistance, special sworn, subscribed, and affirmed To This
__i__ day of __February__ , 2020, being a prisoner, and unable To
pay for Notary services, and considering That Notary are often withheld
from prisoners, or not Timely available; "and being That Two or more
witnesses are equivalent To a Notary" enclosed is a properly witnessed
signature and Two other identifying documents. That will verify my identity.

☒
WITNESS SIGNATURE

☒
WITNESS SIGNATURE

Rodolfo-G: Ortiz ©
PRINT NAME

Juan Contreras
PRINT NAME

Respectfully submitted,
☒ Jose Naranjo
Agent without recourse, Non-Negotiable
autograph, Sui juris, private Native born
American National Non-U.S. citizen -
Beneficial owner & First Lien Holder of
Jose L. Naranjo ESTATE, d/b/a JOSE-L:Naranjo.

L.S. Thumb Print
Verified



"CERTIFICATE OF SERVICE"

I, Jose L. Naranjo declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, that I have mailed the above referenced document(s), as indicated, by depositing them into the internal mail system at my institution for processing in the U.S. postal mail by prison staff, in accordance, with Houston v. Lack, 487 U.S. 266, 275-76 (1988). On this ___ day of _____February_____, 2020.

H. Jose Naranjo
WITHOUT PREJUDICE: Jose L. Naranjo. ©
Reg. No. 21431-053
FCC Coleman USP #2
P.O. BOX 1034
Coleman, FL 33521

NOTICE:

You have my concent to send or give a copy of this complainant's complaint to the U.S. Attorney(s) Corporation involved in this case No. 93-CR-000418 (TFH) [cc: File] and find attached with this grievance procedure complaint a copy of the "Common Law Copyright Notice", of mine and copy of my " Affidavit Certificate of Citizenship.

# Common Law Copyright Notice

**Common Law Copyright Notice**: All rights reserved re; common-law copyright of trade-name/trademark, *JOSE LUIS NARANJO SIERRA*   © as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright 1974 ( 25th Birth-Day-Year- *1944, September____*) by *Jose Luis Naranjo (c)* . Said trade-names/trademarks, ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of *Jose Luis Naranjo ©* as signified by the blue-ink signature of *Jose Luis Na-ranjo (c)*, hereinafter 'Secured Party.' With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in blue ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of *JOSE LUIS NARANJO SIERRA* ©, and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for the purported debtor, i.e. "*JOSE LUIS NARANJO SIERRA* ©, " nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. "*JOSE LUIS NARANJO SIERRA* ©, " in Hold-harmless and Indemnity Agreement No. 0000000000001 dated the 30 th Day of the 1st Month in the Year of Our Lord Two-Thousand and Twenty against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. Self-executing Contract / Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of "*JOSE LUIS NARANJO SIERRA* ©, ", other than authorized use as set forth above, constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a debtor and 'Upper and Lower Case Name Here' is Secured Party, and signifies that User: (1) grants Secured Party a security interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, " *JOSE LUIS NARANJO SIERRA* ©, "; (2) authenticates this Security Agreement wherein User is debtor and *Jose Luis Naranjo (c)* is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising. and wherever located. as collateral for

securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and *Jose Luis Naranjo ©* is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use.

**Payment Terms**: In accordance with fees for unauthorized use of *"Jose Luis Naranjo Sierra ©,* " as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of date Secured Party's invoice, hereinafter "Invoice," itemizing said fees, is sent and received.

**Default Terms**: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth in above in paragraph "(2)," immediately becomes property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(1)"; and (2). User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default**: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of Users former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and

interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Terms of Strict Foreclosure**: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record Owner: *Jose Luis Naranjo* Ⓒ , Autograph Common Law Copyright 1974.  *1944 Year of birth*

Record owner: Secured Party7 creditor name autographed common-law copyright:

Copyrighted Date : *01/30/2020*

Without Prejudice/Without Recourse

*Jose Naranjo* Ⓒ

*Jose Luis Naranjo* Ⓒ  - Secured Party
**ACKNOWLEDGEMENT**

## AFFIDAVIT:  Certificate of Citizenship (Affidavit 2)

**country of [** MIAMI~DADE **] state/Republic**

**[** MIAMI-DADE **] county**

This Document:
3 Total Pages

**RECORDING REQUESTED BY:**

José-Luis; Naranjo

**NON-DOMESTIC**

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

### AFFIDAVIT: Certificate of Citizenship

# AFFIDAVIT: Certificate of Citizenship

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, that I,
BEING FIRST DULY SWORN AN OATH, deposes and says:

USA  I· **My name is** José-Luis; Naranjo **, and I am domiciled at** Miami, FL · Republic
NON-DOMESTIC. Unless otherwise stated, I have individual knowledge of the matters contained within this
Affidavit. I am fully competent to testify with respect to these matters.

    2. Through an intensive course of study of law, diversity of citizenship, history, economics and politics.
I affirm that I possess full SOVEREIGN and UNALIENABLE RIGHTS by virtue of the Declaration of
Independence (1776), the Constitution for the united states of America and the Bill of Rights (1791), and over
two hundred years of American case law (i.e., Common law), both prior to and after the undeclared federal,
corporate United States government bankruptcies of 1930-1938. **I have also given my sacred oath to protect
and defend the Constitution for the united states of America against all enemies foreign and domestic.**

    3. I affirm that I have the UNALIENABLE RIGHT to choose my lawful citizenship, and that NO
federal, state, local or Municipal government can take that right away by ANY statutory law or administrative
rule without my *knowing, willing and voluntary consent*, NOT by *threat, duress or coercion (tdc)* of any kind,
and NOT by *constructive fraud*. **Therefore I, asseverate and declare my lawful, sovereign Citizenship.**

    4. I am NOT a legal *"person"* born or naturalized in the federal *"United States,"* NOT subject to the
exclusive jurisdiction of the legislative democracy of the federal *"United States"* (e.g., District of Columbia,
Puerto Rico, U.S. Virgin Islands, Guam, American Samoa) or any other territory, area or enclave *"within the
United States."* The terms *"United States"* and *"U.S."* are NOT to be construed or assumed under any circum-
stances to imply or include the sovereign *"50 states"* or the *"united states of America."* I am NOT a *"U.S. citi-
zen"* described in 26 CFR 1.1-1(c), and NOT a born and naturalized 14th Amendment citizen of the District of
Columbia (DC). Therefore, I am an *"alien"* with respect to the federal *"United States."*

5. I am presumed to be a *"nonresident alien"* in Title 26, USC §1.871-4, the Internal Revenue Code (IRC), however not the same *"nonresident alien"* defined within the IRC pursuant to Title 42, USC §411(b). My income is NOT derived from sources *"within the federal United States,"* nor am I effectively connected with the performance of the functions of a public office *"within the United States."* My income is part of my *"foreign estate"* pursuant to Title 26, USC §7701(a)(31).

6. I do not live *"within"* the geographical areas of exclusive federal jurisdiction as defined in the Federal Land Area Chart. I do not live *"within"* ANY of the ten, regional federal areas, territories or enclaves identified by the numerical, postal zip code. I am a *"nonresident alien"* outside both general and tangential venue and jurisdiction of Title 26, USC. I am also NOT a *"resident"* of the incorporated *"State of [name of state]"* as it is also under the jurisdiction of the federal *"United States"*.

7. I do hereby certify and declare, that I am an American Citizen of the united states of America (1787) and Citizen of the union state in which I am domiciled. I am a *"natural born Citizen"* (see Constitution for the united states of America, Article 2, Section 1, Clause 5). I am NOT subject to the statutory, colorable law jurisdiction of the federal *United States* in the corporate monopoly of the federal, State, local and Municipal governments. I have NOT voluntarily or intentionally waived, with ANY *"knowingly intelligent acts"* ANY of my unalienable rights, and have utterly NO intention of doing so in the future.

8. **I am an Citizen of the several states, NOT a federal, corporate United States citizen of the District of Columbia. I** W̃4̃ **domiciled in the sovereign state of(** FLORIDA **) Republic (xxxx), a preamble American National state Citizen of the united states of America.**

*"the dual character of our citizenship is plainly apparent...a citizen of the United States is ipso facto and at the same time a Citizen of the state in which he is domiciled..."*
—Colgate v. Harvey, 296 U.S. 404, 427; 80L.,Ed, 299 (1935)

9. I am also declaring *"sui juris "* status in connection with both my property and name. If ANY agency of the government disputes the above declaration of *"sui juris"* in connection with the *"name"* SWORN AN OATH and sealed in this affidavit, I demand a certified copy with my signed authorization of all documents or contracts being *"held-in-due-course,"* pursuant to U.C.C. 3-305.2, U.C.C. 3-305.52 and U.C.C. 3-505, that create ANY legal disability to the claimed *"sui juris "* status and *"alieni juris"* relating to my *"name."* (One's *"name"* is one's property, and for one's *"name"* to enjoy *"sui juris"* status that *"name"* must be free of legal disability resulting from a contract or commercial agreement, which is being *"held-in-due-course"* by a fellow Citizen or by any agency of the federal, state, county or Municipal government.)

10. I have exercised, and do now exercise the REMEDY of law under U.C.C. 1-207, whereby I may preserve my Common law right NOT to be bound by any commercial agreement or bankruptcy action of the federal United States government, that I do not enter into *knowingly, willingly and voluntarily*. This explicit **RESERVATION OF RIGHTS serves as a NOTICE upon all administrative agencies of government, federal, state and local, that I will not accept the liability associated with the compelled benefit of any unrevealed commercial agreement.** If I have received any benefits, privileges or titles of nobility (e.g. resident, citizen, taxpayer) from any branch of the government in the past, they were *"received"* under PRO-TEST, or under *threat, duress and coercion (TDC)*, pursuant to U.C.C. 1-103, U.C.C. 2-302.1, and U.C.C. 3-608.

11. I am NOT willing to participate in the federal United States bankruptcy that is being administrated against me and my fellow American Citizens WITHOUT my prior knowledge and consent, NOT willing to APPEAR in an Equity, Maritime/Admiralty or military/marshall law jurisdiction WITHOUT my ACCUSER and/or CREDITOR present, WITHOUT the signed and authorized American or interNational contract presented as evidence of my voluntary consent.

12. ANY other evidence or presumption to the contrary is hereby REBUTTED. ANY past signatures or authorizations on Internal Revenue Service (1040's and W-4's), Social Security Administration forms (SS-5), driver's licenses, vehicle registrations, birth or trust certificates, voter registrations and other franchises with any agency of the government etc., were in ERROR and involuntarily made under *threat, duress and coercion (TDC)*. I hereby REVOKE, cancel and render NULL & VOID, *Nunc Pro Tunc*, both currently and retroactively to the time of signing, any and all such contracts. ANY subsequent use of these aforementioned documents will be FOR INFORMATION ONLY and as a courtesy to government agencies with whom I am purging, deleting or clarifying the public record.

### PERJURY JURAT

Pursuant to Title 28, USC §1746(1) and executed *"without the United States,"* I affirm under penalty of perjury *under the laws of the united states of America* that the foregoing is true and correct, to the best of my belief and informed knowledge. And Further deponent saith not. I now affix my signature and official seal to all of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.

Respectfully,

*Jose Marano*

L.S. Citizen/Principal, by Special Appearance, *in Propria Persona*, proceeding *Sui Juris*, with Assistance, Special *Sworn, Subscribed, and affirmed to this _____ day of _____ 2017*

*Being a prisoner, and unable to pay for notary services, and considering that notary services are often withheld from prisoners, or not timely available; and being that two or more witnesses are the equivalent to a notary; enclosed is a properly witnessed signature and two 2-other indentifying documents dated 4-8, 2016 and 5-26, 2016 that will verify my identity.*

*Rodys: OrTic*
Print name

WITNESSES: *Signature*

*Martinez Bermudez Carlos*      *Martinez Bermudez Carlos*
witness signature                    Print name
without prejudice U.CC. 1-207 and 1-103.
CC: Filed

---

*Affidavit: Certificate of Citizenship*
*PAGE 3 of 3*