Before completing this application, please review Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), available in the law library.

## REDUCTION IN SENTENCE APPLICATION

NAME: __JOSE NARANJO__   REG No. __21431-053__   Date: __04/08/2020__

WHO IS YOUR PHYSICIAN (circle): Franco  Li  Negron  Bonnet-Engebretson  Tidwell  **(Venuto)**

**Choose One Criteria**: You can only apply under one criteria.

**Extraordinary/Compelling Circumstances:**
- [ ] Medical Circumstances:
  - [ ] Terminal Medical Condition – Terminal Diagnosis with 18 months or less life expectancy.
  - [ ] Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled.
- [ ] Elderly Inmates with a Medical Condition:
  - [ ] "New Law" Elderly Inmates – Have to have served 30 years of a sentence.
  - [ ] Elderly with Medical Conditions – 65 yrs. old or older, a deteriorating medical condition, served 50% of your sentence.
- [ ] Elderly Inmates without a Medical Condition: - 65 yrs. old or older, Served 10 yrs. or 75% of your sentence (which is greater)
- [ ] Death or Incapacitation of the Family Member Caregiver of an inmate's dependent child: -provide verifiable documentation the child is "suddenly" without a caretaker, the family member is in an incapacitated state and is unable to care for the child.
- [X] Incapacitation of a Spouse or Registered Partner: -Provide verifiable medical documentation of incapacitated state.
  Contact Celia Goetzl, APD, (202) 208-7500, 625 Indiana Ave. N.W., Washington, DC 20004
  Fax: (202) 208-7515.

**To be filled out by Inmate:**

Briefly describe your medical condition or extraordinary and compelling circumstance: Mr. Naranjo suffers from Genetic ear infections, as noted in the PSR p.78, and now suffers from hypertension (high blood pressure). The failure to control his hypertension puts him at very high risk of developing chronic kidney disease. Hypertension is one of the principal causes of diabetic kidney disease and kidney failure. With COVID-19 outbreak the Centers for Disease Control consider the most vulnerable people 65 or older, and people with chronic cond., the...

If you have applied before, has anything changed in your medical condition since your last application? Lump in my forehead keeps getting worse, as my hypertension, and ear infection.

Proposed Release Plan (**must have ALL of the following**):

Name and contact information of who you will live with: Gloria Naranjo (wife)

When was the last time you spoke to this person concerning your release plan? Before lockdown due to National Emergency

Is this person willing to care for you? I am caring for my wife

Address of where you will be living: Calle 47D #68A19, Elificio Kukalon Apt #202, Medellin Colombia-South America

Where will you receive your medical treatment (if applicable)? South America - Medillin, Colombia

How will you pay for your treatment (if applicable)? Wife has insurance which should include both of us through marriage

Additional Comments: See United States v. Bucci, 04-10194-WGY (D. Mass. Sept. 16, 2019) (USSG 1B1.13 (c)(ii) The sentencing commission had made it clear that it ought to consider an inmate being the "only available caregiver" for an ailing close member of his family to be an "extraordinary and compelling reason" for compassionate release. Also that there exists a danger of being infected with a contagious disease "COVID-19" that could be fatal to elderly inmates that suffer from chronic illnesses. Also had Mr. Naranjo sentenced today would not have received life sentence.

**If the inmate has not provided adequate information and documentation as set forth on this form and in P.S 5050.50, the Warden may deny the inmate's request at the institution level.**

Before completing this application, please review Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), available in the law library.

# For Staff Use Only:

Before completing this review, please read Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), updated January 17, 2019. Please note that inmates should, under most circumstances, request a RIS is writing before an eligibility review is completed. Inmates may qualify for a RIS under several categories as outlined below:

**MEDICAL WITH A TERMINAL DIAGNOSIS (Category: Med Terminal)**
1. Does the inmate have a documented medical diagnosis from a physician with a prognosis of life expectancy of 18-months or less?
Yes No
If yes, list the terminal diagnosis. If no, inmate does not qualify under this category.

_____

**MEDICAL WITH A NON-TERMINAL DIAGNOSIS (Category: Med Non-Terminal)**
1. Does the inmate have a documented medical diagnosis of an incurable, progressive illness or has the inmate suffered a debilitating injury from which he/she will not recover?
Yes No

2. AND, is the inmate completely disabled, unable to perform activities of daily living and totally confined to a bed or chair OR Is the inmate only capable of limited self-care and confined to a bed or chair more than 50% of waking hours?
Yes No

If "Yes", list the medical diagnosis. If "No" is checked for either of the above items the inmate does not qualify under this category.

_____

**INMATES AGE 65 OR OLDER WITH A MEDICAL CONDITION (Category: Elderly Med Condition/65/50%)**
1. Has inmate served at least 50% of their sentence? (If no, inmate does not qualify under this category. If yes, proceed.)
Yes No

2. Does inmate suffer from a documented chronic or serious medical condition?
Yes No

3. Has the inmate experienced a deteriorating mental or physical health condition that substantially diminishes his/her ability to function in a correctional environment?
Yes No

4. Will conventional treatment provide a substantial improvement to the inmate's mental or physical condition? (If yes, inmate does not qualify under this category)
Yes No

If "Yes" on item 2 or 3, list the condition. (Either item 2 or 3 above must be checked "Yes" for inmate to qualify under this category.)

_____

**INMATES AGE 65 OR OLDER REGARDLESS OF MEDICAL CONDITION (Category: Elderly Other/65/75%)**
1. Has inmate served the greater of 10 years or 75% of their term of imprisonment to which they were sentence? (If no, inmate does not qualify under this category)
Yes No

**CAREGIVER (Non-Med Caregiver)**
If an inmate is applying for a RIS due to the death or incapacitation of their child's caregiver or the incapacitation of their spouse or registered partner, refer him/her to PS 5050.50 for the required documentation. Staff are not responsible for gathering the inmate's supporting documentation.