**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 1:93-cr-00418-TFH-4** |
| | **:** | **Judge Thomas F. Hogan** |
| **JOSE NARANJO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF FILING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Notice relating to the defendant's Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF #635) ("Def. Mot."), filed by defendant Jose Naranjo (hereinafter, the "defendant"). The defendant asks the Court to reduce his sentence to time-served. In further response to the defendant's motion, the United States now submits the following:

1. On June 10, 2019, the defendant filed a *pro se* Petition for Reduction of Sentence/ Compassionate Release (ECF # 626).

2. On February 15, 2020, the defendant filed a supplemental motion, asking the Court to reduce his sentence to time-served, arguing that he meets the "extraordinary and compelling" requirement of 18 U.S.C § 3582(c)(1)(A)(i) since his wife is chronically infirmed and he is her only potential caregiver (ECF # 635).

3. On April 13, 2020, the government filed its opposition motion, arguing that the defendant's motion was not properly before the Court because 30 days had not passed since the Warden of the defendant's facility received the defendant's compassionate release request, as required by statute (ECF # 642).

4. On May 1, 2020, the defendant filed his reply motion, arguing that he had submitted his compassionate release request well over 30 days before defense counsel filed the supplemental motion on his behalf (ECF # 643). In support of his motion, the defendant cited two emails dated December 20 and 21, 2019, in which he asks his Unit Manager, Mr. Smith, for compassionate release, pursuant to the First Step Act. *See* Def. Ex. C. Because Defense counsel had not yet received these documents at the time of filing its supplemental motion, the undersigned was not aware and had not seen these emails before filing its opposition motion. *See* Def. Reply Mot. at 4 fn.1.

5. Upon seeing this evidence for the first time, the undersigned contacted the facility where the defendant is currently housed and spoke with the defendant's case manager, Amy Ruiz. Ms. Ruiz confirmed that the facility had received the defendant's emails which had been provided to the Court in Defense Exhibit C. Based on this newly provided evidence by the defendant and the information provided by Ms. Ruiz, the government now withdraws its argument that defendant failed to exhaust the requisite procedures prior to the filing of his motion and that his motion is not properly before the Court.

6. Moreover, the government notes that the defendant is a citizen of Columbia and subject to an Immigration Detainer and removal if he is released from prison. The government has confirmed with a Bureau of Prison's ("BOP") employee that an Immigration Detainer has been filed with BOP in reference to the defendant.

7. Because the defendant is subject to an immigration detainer and will likely be removed if released, the government does not challenge – under these most unique circumstances – the defendant's argument that he has met the "extraordinary and compelling reasons" standard for compassionate release under § 3582(c)(1)(A)(i).

## CONCLUSION

For the reasons discussed herein, the government does not oppose the defendant's

motion.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar No. 437-437

T. ANTHONY QUINN
Deputy Chief, Special Proceedings
Division
D.C. Bar No. 415-213

    /s/ Jared English
JARED ENGLISH
Assistant United States Attorney
D.C. Bar No. 1023-926
Special Proceedings Division
555 4th St., N.W.
Washington, D.C. 20530
Jared.English@usdoj.gov

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that I have caused a copy of the foregoing response to be served by electronic means, through the Court's CM/ECF system, upon counsel for defendant, Celia Goetzl, Esq., Assistant Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington D.C. 20004, on this 8 day of May, 2019.

    /s/ Jared English
JARED ENGLISH
Assistant United States Attorney

3